12 pgs Not
Including Sticky Note
Pgs of HdW

*

Please See, Plaintiffs 13 pg. 136
Hand Written Complaint Attached
W/ Exhibits
to support
totaling 125
pgs.
in more
Details.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Flecia Lipscomb - Plaintiff
P.O. Box 441801
Detroit, Michigan 48244        9341517714?

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:26-cv-10171
Assigned To : Grey, Jonathan J.C.
Referral Judge: Grand, David R.
Assign. Date : 1/16/2026
Description: CMP LIPSCOMB V.
THE MICHIGAN DEPT. OF CIVIL RIGHTS ET AL (AB)

AB 1/16/26

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

**v.**

1st Defendant : The Michigan Dept. of Civil Rights
(Ms. Erika Clark)
At → The Cadillac Place Bldg.
3054 W. Grand Blvd; Suite 3-600
Det, Michigan 48202.

2nd Defendant : The Alcove Apts of Southfield / Village Green
28411 Northwestern Highway Suite 400    Management
in Detroit
Southfield,
MI
48034

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## Complaint for a Civil Case

Complaint
Written On
this page →
Is the
Shorter
Version

**POOR QUALITY ORIGINAL**

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Felicia Lipscomb |
| Street Address | P.O. Box 441801 |
| City and County | Detroit, Michigan |
| State and Zip Code | 48244 |
| Telephone Number | 734 757 7147 |
| E-mail Address | LipscombF8@gmail.com |

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | The Michigan Dept. of Civil Rights |
| Job or Title (if known) | Civil Rights Investigator: Erika Clark |
| Street Address | 3054 West Grand Blvd, suite #3-600. |
| City and County | Detroit (Wayne), |
| State and Zip Code | Michigan 48202. |
| Telephone Number | |
| E-mail Address (if known) | |

**Defendant No. 2**

| | |
|---|---|
| Name | The Alcove Apts of Southfield/Village Green Management. |
| Job or Title (if known) | Ms. (Ailee-) Property Mgr.) |
| Street Address | 28411 North Western Highway. |
| City and County | Southfield (Oakland County) Suit-400. |
| State and Zip Code | Michigan 48034. |
| Telephone Number | |
| E-mail Address (if known) | |

2



MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3



    Name

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

Defendant No. 4

    Name

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

    ☐  Federal question            ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual
The plaintiff, *(name)* _____,
is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

✱ Please SEE Attach^1st the Plaintiffs Detailed Complaint, the first 13 pgs. The REMAINING ARE Exhibits to support Not Only : 1. The Harms (by the Alcove Apts/Village (Green Mgmt,

2. The Harm by The Mich. Dept of Civil Rights} ERika Clark },

3. But also Provides Evidence of Civil Rights Investigator to Not Only ERROR on plaintiffs CASE Having all Evidence to support her case filed w/ the OCR on HARRASSMt, Retaliation, Medical Discrimination, XXXX to plaintiffs Lawsuits out of 36th District etc.

+ Then After ERRoRing in this manner, the investig. Deprives Plaintiff of Recv'd the Outcome Documents to timely Appeal her wrongful decision on her/hse (n) plaintiffs case w/ OCR.

(written of my complaint) ✱

✱✱ + her special needs child ↓
In sum, Plaintiff was harassed, Retaliated against, medically Discrim. Against by The Alcove Apts/Village (Green Mgmt Company) for filing 2 Civil Cases Out of Small Claims Court (36th Dist) for

over →

① ②

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1.)

* Please see plaintiffs, handwritten complaint, plaintiff's
timelines
has passed
Due to the
wrongful
* plaintiff, based on  Facts + Evidence supports that,  Intrure of the
the willful + purpose ful  Civil Rights
illegal + Rights violations  Investigator to
By both Defendants, request  timely provide
relief for the emotional  Plaintiff w/the
stress, physical + emotional pain/harms  Outcome Document
+ suffering by w/ + my special needs  of the Like
Child under both punitive + exemplary  the findings +
is listed in my complaint as my continued Evidence  Dispositional
will supply to CASE 150  Reports.
supports relief. Entitlement by plaintiff  Evidence
to 4,000,000 Million Dollars OR  is
Attached
to
Support

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Whatever
thee honorable  the refusals
Judge to find  Which
this in such A  delayed
Inhumane case  my
timely
filings.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Involving
willful
No Remorse medically
of Discrim,  
Date of signing: _____, 20_____.   Harassment,
Literal barring
my child
Signature of Plaintiff _____   that's dis-
Printed Name of Plaintiff _____   Abled from
Residing w/me
As her mother +
Retaliated due to court
proceeds

6

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

JS 44 (Rev. 10/20) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
*Alicia Lipscomb*
*P.O. Box 441801 Det, MI 48244*

**DEFENDANTS** #1: *The mich. Dept of Civil rights (Erika Clark), The cadillac Place bldg. 3054 W. Grand Blvd Suite 3-600 Detruit, MI 48202*

**(b)** County of Residence of First Listed Plaintiff *Wayne County*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant *Wayne County*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

+ Defendant #2: The Alcove Apts / Village Green mgmt.
28411 Northwestern highway Suite 400

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
*Pro-Se*

Attorneys *(If Known)*
*Southfield, MI 48034*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other ☐ 448 Education | **Other:** ☐ 540 Mandamus & Other ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |

*see high light
441, 442, 443 circled; harassment, retaliation, Medical, Discrimination*

**V. ORIGIN** *(Place an "X" in One Box Only)*
please see attached plaintiff Handwritten Complaint on both def + endants
☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

*thank you,*

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE *1-16-2026*       SIGNATURE OF ATTORNEY OF RECORD *Pro-Se: Alicia Lipscomb*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1.      Is this a case that has been previously dismissed?

☐ Yes

☑ No  *Has never Been in federal Court*

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.      Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes

☑ No

If yes, give the following information:   *N/A*

Court: _____

Case No.: _____

Judge: _____

Notes :

Complaint

1 of 125 Plus 19 pgs
Note pgs
=129 pgs

Attn To: Thee Honorable Judge: On Proper Timeline
"Plaintiff Request Reconsideration": On Det me
Plaintiff: Felicia Lipscomb: At P.O Box 441801   48244

vs

Defendants: The Michigan Dept. of Civil Rights /civil

1. Rights Invest-
igator: Erika
Clark;

Located at: Cadillac Place Bldg.
3054 West Grand Blvd.
Suite 3-600
Detroit, Mich. 48202

2. The Alcove Apts of Southfield / Village
Green
Managem't
in Det.

Located at: 28411 Northwestern
Highway

Suite 400
Southfield, Mich. 48034

*Late filing on my
Case Due to the Evidence
of the Civil Rights Investigator on the
Allow me the length of Clearing the
coming documents for filing.
Also having medical
conditions And side
affects for Cmr-Acid
+ Covid Pneum.

Please see
Products my
Attached to
A Amazon Case Your Honor

Please
see
Evidence
Attached
Your
Honor

Your Honor this is a Matter coming before you where
I the Plaintiff A few years Back, (in 2023 Rented a
studio Apt from: The Town Residences Apts Down town
Detroit 3 evidence Attached 9.   Upon being toured of
What the studio rehabed units 3 their model units
would "Look Like" I became
Interested, loved it And began
the Application process, because
A Brand unit w/ Brand new
Appliances is what I was looking for so I was →

The
Town
Residences

very excited. My excitement turned into a nightmare. I was informed that the unit I wanted on a lower floor, 3rd or 2nd, those flrs wouldn't be ready until months later I believe if I'm recalling correctly. Like around August or Sept. When I received the call finally, that I needed to come in + pay my fees which included 1st months rent, I did so. First thing I asked is, is the unit ready + was told that she personally had not reviewed the unit but if I discover it to not be: Let her know, take pics, + she will get maintenance to get it ready. I knew right then something wasn't right. Then, I asked if I could view the unit first before paying my fees + I was told that she saw no reason why the unit would not be ready out of all the months it took to call me back + that she saw no notes in the computer of the unit to not be ready. + that the unit would need to be paid its fees to be taken off the market. After paying the fees, receiving the keys, + completing final paperwork, I get to the unit to discover, I was scammed. I broke down + cried like a little baby on the nasty floor! Everything that could be wrong was wrong beginning with how filthy the unit was, all damaged appliances, the unit was not painted let along rehabbed as promised; the unit served as a health hazard + was unsafe to live in. { I saved all recordings to this horrible nightmare for my filings with 36th District }.

I was refused my money back + was told that maintenance would begin working on the unit which took mos + caused me to still have to pay rent for a unit I couldn't live in nor was habitable

to reside, having to remain Living with family + hotels in
& I was already in between these living arrangements
due to taking ill with Covid pneum On my death
bed & was Later in a really bad car accident
w/major
side affects
w/major injuries
& I + my
spec. needs
child.

I filed a suit in small claims court which my
Evidence supported All of my truths On such
horrible scamful matter — Please see attached
the judgement Against the Town Residences +
chk paid by the company Your Honor. After
the company was penalized to pay me Back all my
monies, I filed a nother suit, which the
judge Ordered en additional close to 200.00
to be paid + did not dismiss the case as they
wrongful Requested in his hon. court & please
see court Order attached &.

Your Honor, I was Back Online looking for A
place to Live + came Across the Aleover Apts In
Southfield, Mich. I went there with my special
needs daughter whom was just released from the
hospital + I + her recently Being in A car accident
Not well at all. I spoke with a guy named Run the
property mgr + the maint. man, can't recall his
Name. But After being taken to 2 models A
studio + the 1 bedroom, I Loved it + stated
it's the studio I would like closes to the
Leasing office Near the pool because far it

The Apts
Accident
was
5/2023

the back of Apt complexes is where usually party/inG, Alot of traffic, + usual Behaviors occur especially on the weekends; Being A loner /very quiet/ no company/ A student of higher education with both a nursing background + an education background? But was in my Healing journey from Both Covid paLerm + A serious car accident? , Likes to Live A very quiet + Sheltered Lifestyle.

I was written down for 26796 Bldg. Apt 101, which initially was A back unit I was written for w/out my permission After I stated a front unit. I was asked, After the tour of the models + the unit I picked upfront, whom all will be living with you Ms Lipscomb? I mentioned just I + my Speech needs daughter. I was asked "whats her disabilities?" I informed of her disabilities + was told her conditions were too severe + that she could pose A Risk to the community + that they could not Add her On the List, But could consult mgmt to receive the final say. + to go ahead Complete the Application not listing my child + a special Note would be input + sent Over to mgmt + Once my Application comes Over I would be notified.

After receiving A call from Amy + Ms. Brooke put to Regards to my Approval, I asked "what about my child?" I was informed mgmt was still reviewing the matter + to check back + until then Congrats On Your new home. The unit was very Habitable, Like Brand new, but still needed some work done which took Approx. 6 mos in total

5 of 125

to get completed, whenever I continued to also
forward emails regards to at this point believing
my special needs child was totally denied to an
w/me is my baby whom I had to make other
Arrangements for in behalf of business.

* My child was discriminated against by the Alcove of
                                                    Southfield
                                                    I began to
                                                    Realize.

* It was Approx. very close to either Oct or Nov
of 2023 I then recvd a notice which shocked
me:

        ↳

        That the Alcove Apts were No Longer
        Tricap mgmt they Are Now: A Village
        Green property which somehow the Town-
        Residences they were managing as well,
        I knew then that I was going to have
        Major - possibly Retaliatoral Behaviors + possibly
                                                    worse.

* I thank God, I saved all evidence to
support the Harm unto I + my child
Out of Retaliation, Later I realized I was
Harassed, mechanly Ignored for Accommodations,
I was threatened, my unit was being

Monitored from the smoke detector, maint began to stalk me - at my unit trying to look in - literally standing by my unit, had my heat + air turned off which was easy for them to do being the utilities were a separate fee along with my rental pymts + they had control over it, I if was overpaid on my rental

payments which included utilities? Overcharged having all this evidence to support yet, Being Rights denied my claim so wrongfully.

* I moved in under a speciah: No utilities for 1 year came to find I if was not only paying utilities but also a bldg. maint. fee; which I discovered by a Leasing consultant Later on whom they stopped from responding to my emails/phone calls + brought about the new property mgr Mrs. Cilee whom literally deprived me + retaliated, harassed me - allowed me to suffer to a point where I was not only in a condition of inconvenience, pain w/my medical condition, but she allowed me to suffer emotionally I + my child: Refusals / my Liberal rights stripped of me, Deprived me of comfortable living the inhumane Harms that I + my child incurred Out of retaliation due to my suit against the town Residences was beyond Inhumane. * And when she questioned me

7 of 125

About the suit, saying, "You signed the application
Looking for residency & to file suit was rediculous.
I Knew it was confirmed I was being horribly
Harmed !!!!!!

I never received resolution to my emails regards
to my disabled child,

I never received resolution to my Onsite Handicap
parking,

All the behaviors incurred, I suffered,

+ then after I had successful Outcome
On both my cases against the property of Aleve:

→ I was Evicted: this is why my emails were
not responded to For awhile regards to my re-
newal they were awaiting the Outcome of
my cases filed against them ←
to evict me if they were successful in court
of Law + with all my evidence it was.

Before, my eviction Date to move, I consulted

Civil Rights + received a call back, from an investigator
Named : ERICKA CLARK. I Know the
Name was familiar as well as her voice
but couldn't place it at that time of
her call to receive my complaint, she
wanted it verbally not written which
I felt uneasy at that because;

Civil Rights Filing of the Harms

8 of 123

didn't want any of the Harm of + my child to Have horribly undergone Left Out. But I complied of course + began to inform of the hurtful Behaviors by both the town Residences + their Sister Apt complex Sheav Apts + of how I + my Child has been discrim against / harrassed /

Retaliated against + much more I was very detailed. She { Ms. Clark } Immediately informs me of my Case, in behalf of the sheav is an Open + Shut case for them pretty much statin(& I didn't have a case; She was so unprofessional very Rude person, No Empathy, No compassion even at least for my Spec. needs child, + to be told I have all the evidence to support the horrible harms by the Complex, She still remained the same horrible disposition by phone ; I asked her supervisor Once the behaviors worsened, to please re-place her as the investig. assigned — that was also Ignored.

I started to search + find, recalling where I
know the investig. from. I Began to recall, she
was the indiv. assigned to my spec. needs childs'
case relating to:

    The Henry Ford Academy
    at 485 West Milwaukee
    Det., Michigan

Which sits directly Behind the Cadillac Place
Bldg.

I filed, A civil rights case against the school
for taking away wrongful my childs I.E.P,

After I had just signed for an eval to be done at
the school, showing she qualified still for services,
the school forged my signature + re-tested my
child saying she no longer qualified,

my child was assaulted by a staff member,

Constantly kicked out of school/refused
services + put in the hallways to roamed
often I discovered to be the reason my child
would leave class til one day she left
math class + was raped by a student of
the school + left for dead on woodward ave,

The Investigator, wrongful Denied my childs
case after leaving the case open for

10 of 125

Longer than it should have Been, Refused my in person visits, Refused & ignored my phone calls, til finally Being told the case was closed because I had no evidence of her being special needs & needing an I.E.P when I provided all of the evidence they needed to fairly & honestly make a good decision in the whom my spec. needs child endured at the school.

The Investig: ERIKA CLARK showed Biasms at the start of taking my claim, I discovered she was a Biased indiv as she wrongful dismissed my special needs Childs' case & I Filed a complaint w/ the Lansing spec. needs office whom found based on evidence by my childs Psychologist & therapist she Functioned on the level of a 5/6 yr old, still DD & C.I Very Low Functioning /Speech Imp, etc, the school was violated in 10/12 counts &, + now the investig. contributed the same be-haviors towards I & again my special needs case On the matter where I have evidence/major & Crucial evidence of the same against the Above:

— HArassment Retaliation Medical Discrimination which brought about pain & suffering physically & emotionally / all be-Cause I filed suit for relief against The Town Residences w/ a suit pending against the Above which was also favorable.

Ms. Clarke, is Not Only a biased factor in my case, but also refused of me documents to

for the case that I am so rightful but Your

Honor, in prevention of meeting my timelines to file

1st appeal *. from the beginning of my case ₰ Evidence

attached ₰ I asked that she please email to me

all corresp. anything at all so that I can respond timely

+ meet my timelines; I also req. all documents to the

Any +
case wether findings/disposition/requests, etc

* Her refusal
to do
this has
A contributing
factor to
possibly being
late w/ filing my appeal here ) Your Honor + I

to be emailed such.

ask of Your Honorable Court Reconsideration

Based On the Investigators unfair Behavior

having negative Motives as listed in my Letter

Here is to reason why she mailed the Disposition

Rather than emailing it as everything else was

emailed to start the case; I never recv'd it

+ don't Believe she even mailed it!

I took 5x Request for the findings to be

emailed which I didn't recv until close to

A month Later, But needing both for my

Case, I cont'd to writ + request But she cont'd to

Refuse which is also an indication of wrongful motive— Knowing of listed the facts of the case w/ evidence to support of + was wrongfully — the case wrongful decided upon.

(※) of ask Your Honor based upon the evidence provided As of have indeed w/ms to provide upon the case being accepted Your Honor, of ask that if my timeline is passed, that based upon :

**Plaintiffs requests:**     With → (Good cause,

(1.) Not receiving the Outcome documents timely that my case is accepted w/out the dispositional Report + only the findings Report,

(2.) That Once case is accepted Honor, that my suit is against : M/s. ERIKA CLARKE
   As a biased
   Contributing factor, failure to base her Decision upon the facts + evidence She received by of the plaintiff to make according to the Law the rightful + fair Decision the evidence Revealed; her unlawful behaviors were not Only biased + untruthful, But also Retaliating /NARCISSIVE/ + created More turmoil + Emotional stress Against of + my child seeking Re- LiEF.

(3.) That Your Honor, the case, in the matter of →

the case Involving The Alene Apts ON: Harrassment,
Retaliation, Medical Discrimination On my part + my child's
Mental Health conditions, Out of my filings to the 36th.
→ Dist. Court Brought about a wrongful Eviction Amongst
Against Both The Pain Residences + the Mental Anguish

Other Civil Rights violations enclosed, I ask your Honor
this horrible Matter is accepted also for Proceedings as
plaintiff has the evidence / more to come to support
Both the Harms by Civil Rights Investigater
+
The Alene Apts of
Southfield.

CASE Matter: Civil Rights Violations { Retaliation, Harrassment,
Medical Discrimination,                    Respectfully,
pain + suffering,                          from: felicia — plaintiff
& Emotional stress,                            Lipscomb

* The plaintiffs right                     734 751 7147
  to Live comfortably
  in her home + was
  therefore wrongful
  evicted out of her ?
  Right seeking relief to the Harm she + her child Endured.

*(handwritten annotations: Pg 15 of 125 w/ 3 sticky notes Attached; Sticky Note page is Pg. 15A of 125)*

GRETCHEN WHITMER
GOVERNOR

STATE OF MICHIGAN
DEPARTMENT OF CIVIL RIGHTS
DETROIT

JOHN E. JOHNSON, JR
EXECUTIVE DIRECTOR

June 18, 2024

Felicia Lipscomb
P O Box 441801
Detroit, MI 48244

RE: MDCR Case #: 645068
Complaining Party: Felicia Lipscomb
Responding Party: Village Green Management/The Alcove Southfield

Dear Felicia Lipscomb:

The enclosed letter or document concerning the above-named parties has been sent to you for information and/or review.

If you have any questions, please contact me.

Sincerely,

Erika Clark
Civil Rights Investigator
Phone: 313-456-3700
Fax: 313-456-2791
Email: clarke16@michigan.gov

*(handwritten: My Attached Email support the below request Cohen + melica)*

*(handwritten: I am very close to maxing my Appeal timeline due to Ms. Clarke's failure to provide me with the Outcome Documents as I initially Keep by Email at initial start of my case for all coensp By Email to meet all timelines - she refuse Dot claims mailed...)*

CR426 (Rv. 03-2020)

Detroit Office 3054 West Grand Boulevard, Suite 3-600 Detroit MI 48202
www.michigan.gov    313-456-3700

Pg. 15 of 125

Ms. Clarke, requested my complaint by phone + stated she would be Drawing it up + forwarding it to me. Upon receipt of it, I Noticed several Errors + made the corrections + sent it to her; along with req. 2and time that all Corresp. on the case is emailed Not mailed

that was my request from Day 1 of Providing my complaint; Yet, Ms. Clarke failed to Honor + claims that the dispositional Report was mailed which I never Recv'd, I was contd. denied + Requested 5x.

Updated Complaint to Ms. Clarke Was Ignored;

Please see attached ⟶

*[handwritten: pg 16 of 125 w/ 3 sticky notes attached → see attached sticky note pg. 16 A of 125 pgs]*

**STATE OF MICHIGAN**
**DEPARTMENT OF CIVIL RIGHTS**
DETROIT

GRETCHEN WHITMER
GOVERNOR

JOHN E. JOHNSON, JR
EXECUTIVE DIRECTOR

June 18, 2024

Felicia Lipscomb
P O Box 441801
Detroit, MI 48244

RE: MDCR Case#: 645068
Felicia Lipscomb v Village Green Management/The Alcove Southfield

Dear Felicia Lipscomb:

Enclosed is your formal complaint form. Please date and sign the form at the bottom where it says "Signature of Charging Party / Claimant". **Except for your signature, please do not write on this form.**

If changes or corrections are necessary, notify me and a corrected complaint form will be mailed to you.

**I must receive your signed and dated complaint by June 18, 2024, or I will assume you do not wish to pursue this matter.**

You have 180 days from the alleged incident to file a complaint with Michigan Department of Civil Rights (MDCR) and 300 days to file with Equal Employment Opportunity Commission (EEOC). If your complaint is returned and is untimely for MDCR, we may still be able to file it with EEOC as long as it meets EEOC 300-day statute of limitations.

If you have any questions, please contact me.

Sincerely,

Erika Clark
Civil Rights Investigator
Phone: 313-456-3700
Fax: 313-456-2791
Email: clarke16@michigan.gov

Pg. 16A
OF
125

After being informed
to please email me
every corresp. On the case
so I could not miss out
On record anything at all +
to meet deadlines, Ms.
Clarke cont'd to mail to
me she stated,

She was aware
that (it) of my
Preference
On this serious
Matter;
~~I to even ensure~~
Due to the issue of lack
of trust by Ms. Clark, I
wanted to also ensure I receved
all corresp.

I even req. A Heads
of Call to inform she
was forwarding so I
Could be On the lookout
On my email to respond
to everything timely;
She Refused + had to be
cont'd reminded.

MDCR Case#: 645068
Felicia Lipscomb v Village Green Management/The Alcove Southfield

*17 of 125*

| Authority | Acts 453 and 220, P.A of 1976, as amended |
|---|---|
| Completion | Required |
| Penalty | Allegations of unlawful discrimination cannot be investigated without a sworn complaint |

**STATE OF MICHIGAN**
**DEPARTMENT OF CIVIL RIGHTS**
# COMPLAINT

MDCR # 645068

FED #

| CLAIMANT | RESPONDENT |
|---|---|
| Felicia Lipscomb | Village Green Management/The Alcove Southfield |
| **ADDRESS** P O Box 441801 Detroit, MI 48244 | **ADDRESS** 28411 Northwestern Highway Suite 400 Southfield, MI 48034 |
| **TELEPHONE** 734-757-7147 | **TELEPHONE** 248-851-9600 |
| Area of Discrimination:  Housing | Date of Discrimination:      June 26, 2024 |

**Statement of Alleged Discrimination:**

I am a person with a disability and allege that I am being evicted, denied a reasonable accommodation and being subjected to other terms and conditions due to my disability.

I currently rent a unit in the respondent's complex located at 26796 Central Park Blvd. Southfield, MI 48076.


**Eviction  6/26/2024  Disability, Retaliation**

On or around April 26, 2024 I was issued an eviction notice from the respondent and not allowed to renew my lease. This occurred after I made a request for a reasonable accommodation. I have made on time payments and have not violated my lease. However, the respondent refuses to communicate with me professionally and fairly. Therefore, I believe my disability is a factor in the respondent's decision to evict me.

**Failure to accom. disability  2/7/2024  Disability**

On or around February 07, 2024 I requested an accommodation for an accessible parking space. Initially, my request was denied, however, the respondent eventually designated an accessible space. Regrettably, I have noted several issues with the designated space that the respondent has refused to address. The space is not in close proximity to my residence, lacks proper markings, and does not meet the required measurements.



**Other terms & conditions  2/6/2024  Disability**

On or around February 01, 2024 and as early as June 2023, I requested to add my disabled adult daughter to my lease. The respondent refused, citing the severity of her disabilities as the reason. Furthermore, from May 2023 to May 2024, the respondent has consistently overcharged me for utilities. Additionally, the respondent has neglected to address critical maintenance issues, leaving my unit without heat or hot water and rendering my home uninhabitable. I believe residents outside of my protected class are treated more favorably.

CR405(Rev. 09-21)

*18 oF 125*

MDCR Case#: 645068
Felicia Lipscomb v Village Green Management/The Alcove Southfield

This complaint is based on the following Law:
 Michigan Persons with Disabilities Act No. 220, Public Acts of 1976, as amended
 Title VIII, US Fair Housing Civil Rights Act of 1968, as amended
 This complaint is filed in good faith and not for the purpose of harassment.

I have read the certified complaint and to the best of my knowledge, information, and belief, the allegations are grounded in fact.  This certified complaint is made in good faith and not made for any improper purpose, including to harass or to cause unnecessary expense.

_____          _____
Date                                     SIGNATURE OF CHARGING PARTY/CLAIMANT


 Complaint taken by: Erika Clark




GRETCHEN WHITMER
GOVERNOR

**STATE OF MICHIGAN**
**DEPARTMENT OF CIVIL RIGHTS**
DETROIT

JOHN E. JOHNSON, JR
EXECUTIVE DIRECTOR

June 18, 2024

Felicia Lipscomb
P O Box 441801
Detroit, MI 48244

RE: MDCR Case#: 645068
    Felicia Lipscomb v Village Green Management/The Alcove Southfield

---

**Request for First Class Mail Delivery**

**I request that the Michigan Department of Civil Rights send all documents to me via first-class mail to the address I provided.** I understand I should receive first-class mail within ten days after it is mailed.

I am aware that Michigan Civil Rights Commission Rules may require sending me certified mail, return receipt requested. However, this type of mailing requires someone be present to sign for the mail at the time of delivery. For my convenience, I waive certified mailings and request documents be sent to me by first-class mail to the address I have identified.

I understand that if I change my mind, I will notify the Michigan Department of Civil Rights in writing to send required documents by certified mail, return receipt requested. The MDCR will notify me in writing when this change has been processed.

---

**By signing and returning this Request to the Michigan Department of Civil Rights, I agree to receive my mail by first-class mail.**

**Signature** _____     **Date** _____

**Please mail this form to:**

Erika Clark
Civil Rights Investigator
Phone: 313-456-3700
Fax: 313-456-2791
Email: clarke16@michigan.gov

*"Requesting an update"* — to this Complaint ... was Jawarded to Ms. CLARKE, she Ignored it

She FAILED to Acknowledge my Full Complaint of them by the Respondents.

Pg 1 of 2

STATE OF MICHIGAN
DEPARTMENT OF CIVIL RIGHTS
**COMPLAINT**

MDCR Case#: 645068
Felicia Lipscomb v Village Green Management/The Alcove Southfield

MDCR #  645068
FED #

**CLAIMANT**
Felicia Lipscomb

**RESPONDENT**
Village Green Management/The Alcove Southfield

**ADDRESS**
P O Box 441801
Detroit, MI 48244

**ADDRESS**
28411 Northwestern Highway
Suite 400
Southfield, MI 48034

**TELEPHONE** 734-757-7147

**TELEPHONE** 248-851-9600

**Area of Discrimination:** Housing

**Date of Discrimination:** June 26, 2024

**Statement of Alleged Discrimination:**

I am a person with a disability and allege that I am being evicted, denied a reasonable accommodation and being subjected to other terms and conditions due to my disability.

I currently rent a unit in the respondents complex located at 26796 Central Park Blvd. Southfield, MI 48076.

**Eviction 6/26/2024 Disability, Retaliation**

On or around April 26, 2024, I was issued an eviction notice from the respondent and not allowed to renew my lease. This occurred after I made a request for a reasonable accommodation. I have made on time payments and have not violated my lease. However, the respondent refuses to communicate with me professionally and fairly. Therefore, I believe my disability is a factor in the respondent's decision to evict me.

**Failure to accom, disability 2/7/2024 Disability**

On or around February 07, 2024 I requested an accommodation for an accessible parking space. Finally, my request was granted, however, the respondent eventually designated an accessible space. Regrettably, I have noted several issues with the designated space that the respondent has refused to address. The space is not in close proximity to my residence, lacks proper markings and does not meet the required measurements.

On or around February 01, 2024 and as early as ... I requested to add my disabled adult daughter to my lease. The respondent refused, citing the severity of her disabilities as the reason. Furthermore, from May 2023 to ... the respondent has consistently overcharged me for utilities. Additionally, the respondent has neglected to ... believe residents outside of my protected class are treated more favorably.

22 oF 125



(PG - 2 of 2)

to avoid no contact maters civil rights case which makes them than of greater significance/importance) On Dec 3, 2024 I will not for mitigating of the hearing) + will file a class dismissal on the grounds of pursuing a civil rights case based on the facts that severe harm unto I + my specific needs Daughter is addressed In this case + its of More Importance that this case will resolve [punishing that a-standard] Not Only the laws broken But will aid in the matters being addressed as well.

Respectfully, automatically Not Showing @ to court On 12/3/24, will dismiss the case.

* If I am moving forward with my civil rights case return request without delay. End

My evidence/rebuttal, + case return against the town Residences in 30th District will All be submitted to 11/29/24 by 11:59 pm.

Sincerely,
M/s [signature]
11/29/24



A Divider

23 oF 125



See over next pg
for pg. 24 of 125
Sticky notes

GRETCHEN WHITMER
GOVERNOR

**STATE OF MICHIGAN**
**DEPARTMENT OF CIVIL RIGHTS**
DETROIT

JOHN E. JOHNSON, JR
EXECUTIVE DIRECTOR

October 11, 2024

Felicia Lipscomb
P O Box 441801
Detroit, MI 48244

RE: MDCR Case#: 645068
    Felicia Lipscomb v Village Green Management/The Alcove Southfield

Dear Felicia Lipscomb:

Your rebuttal is needed to the following information provided by Village Green Management/The Alcove Southfield:

The Respondent's position statement was provided by Andrea M. Walsh for Lewis Brisbois Bisgaad & Smith LLP. The respondent maintained that the Complainant's lease at The Alcove Southfield ("the Alcove"), Unit #101, 26796 Central Park Blvd, Southfield, MI 48076, was effective from May 19, 2023, to June 18, 2024. According to the respondent, per Village Green policy, every individual was required to undergo a screening process before residing at any property managed by the respondent. The complainant never submitted a request to add anyone to her lease during her residency at the Alcove and, therefore, did not receive approval for her daughter to reside with her.

The respondent explained that the complainant's allegations of being consistently overcharged for utilities from May 2023 to May 2024 were false. According to the respondent, the terms of the complainant's executed lease agreement specified that she was not responsible for paying gas or electric utilities during the first year of her residency. However, the complainant was responsible for a monthly fee of $75 for building and facility services, including pest control, water, and trash removal, as outlined in the lease agreement.

The respondent also addressed the complainant's claims of unaddressed maintenance issues, which allegedly left her unit without heat or hot water, rendering it uninhabitable. The complainant believed that residents outside her protected class received more favorable treatment. However, the respondent asserted that they made several attempts to complete work orders in the complainant's unit, but she was not present and refused to allow maintenance entry without her being there. As a result, the respondent could not address the maintenance concerns due to the complainant's failure to comply with the agreed-upon maintenance schedule.

The complainant also alleged that she requested an accessible parking space on or around February 7, 2024, which was initially denied but later granted. She further claimed that the designated parking space was not close to her residence, lacked proper markings, and did not meet required measurements. In response, the respondent explained that in January 2024, the complainant chose the specific parking spot to be modified for accessibility. The respondent

pg. 24A oF
125

The Respondents
Positial statement:

Which the civil
Rights Worker, W.S.
Clarke Allowed many
Months Outside the
guidelines for Respondent
to submit, yet rushed me t.
Sent Messy's of intention

I Discovered
Later, that the
Worker's behavior to
be biased, unfair, +
Igoring all my Evidence
that supported my claim
is Due to Retaliation: she
was the agent that wrongful dis-
missed my special needs childs CASE A-

gainst Henry ford
Academy stating they
did not violate my
Childs Spec. Educ rights
to an I.E.P, yet took it
to a higher Level w/
Lansing to reevd notif. that
based on my Evidence Provided
+ my childs Evaluation. the School
errored on 12/10. its

MDCR Case# 645068
October 11, 2024
Page **2** of **2**



advised that the chosen spot did not meet the required spacing, so it was moved to the adjacent spot to comply with measurements and proper markings. If the spot was not near her unit, the complainant should have requested a different location. The respondent stated that they went out of their way to accommodate her request, ensuring that the spot met all necessary requirements, and therefore, her claim was unfounded.

Lastly, the complainant alleged that she was issued an eviction notice and not allowed to renew her lease, following her request for a reasonable accommodation. The respondent clarified that a notice to quit was sent on March 21, 2024, advising the complainant to vacate the property by the lease expiration date of June 18, 2024, or risk eviction proceedings. The respondent did not evict the complainant and maintained that the decision not to renew her lease was based on concerns regarding her interactions with staff and the impact on the overall peace of the community, as outlined in Prohibited Conduct, item 21 of the complainant's lease. Additionally, the respondent confirmed that the reasonable accommodation requested by the complainant on February 7, 2024, had been approved and provided.

Please contact me with your response to the Respondent's answer as well as any documentation or other information you believe supports your complaint.

If I do not receive your rebuttal information by October 21, 2024 your complaint may be dismissed.

Sincerely,


Erika Clark
Civil Rights Investigator
Phone: 313-456-6896
Fax: 313-456-2791
Email: clarke16@michigan.gov

Plaintiffs
truths
+ nothing
But the
truths
So Help me
God
Your Honor
All
my
Evidence
Is here
to support
my
request
Your
Honor.



The Wrongful Denial of my Claim by Civil Rights.

Notes of Important Details: Refused outcome Documents

Pg 26 of 125 w/ 2 sticky notes

1 of 2 Sticky Note

2 of 2 Note → Sticky Note →

STATE OF MICHIGAN
**DEPARTMENT OF CIVIL RIGHTS**
DETROIT

GRETCHEN WHITMER
GOVERNOR

JOHN E. JOHNSON, JR
EXECUTIVE DIRECTOR

October 10, 2025

Felicia Lipscomb
P O Box 441801
Detroit, MI 48244

RE: MDCR Case#: 645068
Felicia Lipscomb v Village Green Management/The Alcove Southfield

Dear Felicia Lipscomb:

The Michigan Department of Civil Rights has completed its review of information submitted in the above complaint.

In answering your complaint, the Respondent maintained that the Complainant's lease at The Alcove Southfield ("the Alcove"), Unit #101, 26796 Central Park Blvd, Southfield, MI 48076, was effective from May 19, 2023, to June 18, 2024. According to the respondent, per Village Green policy, every individual was required to undergo a screening process before residing at any property managed by the respondent. The complainant never submitted a request to add anyone to her lease during her residency at the Alcove and, therefore, did not receive approval for her daughter to reside with her.

The respondent explained that the complainant's allegations of being consistently overcharged for utilities from May 2023 to May 2024 were false. According to the respondent, the terms of the complainant's executed lease agreement specified that she was not responsible for paying gas or electric utilities during the first year of her residency. However, the complainant was responsible for a monthly fee of $75 for building and facility services, including pest control, water, and trash removal, as outlined in the lease agreement.

The respondent also addressed the complainant's claims of unaddressed maintenance issues, which allegedly left her unit without heat or hot water, rendering it uninhabitable. The complainant believed that residents outside her protected class received more favorable treatment. However, the respondent asserted that they made several attempts to complete work orders in the complainant's unit, but she was not present and refused to allow maintenance entry without her being there. As a result, the respondent could not address the maintenance concerns due to the complainant's failure to comply with the agreed-upon maintenance schedule.

The complainant also alleged that she requested an accessible parking space on or around February 7, 2024, which was initially denied but later granted. She further claimed that the designated parking space was not close to her residence, lacked proper markings, and did not meet required measurements. In response, the respondent explained that in January 2024, the complainant chose the specific parking spot to be modified for accessibility. The respondent advised that the chosen spot did not meet the required spacing, so it was moved to the adjacent

(Rv. 03-2020)    Detroit Office  3054 West Grand Boulevard, Suite 3-600 Detroit MI 48202
https://www.michigan.gov/MDCR   313-456-3700

pg. 26A
oF 125

The Call was reev'd by Ms Clarke
Approx. 9-12-2025, to Verbally informed of thee Wrongful Unfavorable decision; I Requested All decisional documents in behalf of my case, As I informed from day 1 verbally + by email, that Any + All documents to this important case is emailed. I was Refused All Documents beginning @ 9-12-26 including the disposition - never reev'd

+
The findings report HERE, I finally reev'd close to 1 month Later; After informing of my rights to be violated to timely file an Appeal.

spot to comply with measurements and proper markings. If the spot was not near her unit, the complainant should have requested a different location. The respondent stated that they went out of their way to accommodate her request, ensuring that the spot met all necessary requirements, and therefore, her claim was unfounded.

Lastly, the complainant alleged that she was issued an eviction notice and not allowed to renew her lease, following her request for a reasonable accommodation. The respondent clarified that a notice to quit was sent on March 21, 2024, advising the complainant to vacate the property by the lease expiration date of June 18, 2024, or risk eviction proceedings. The respondent did not evict the complainant and maintained that the decision not to renew her lease was based on concerns regarding her interactions with staff and the impact on the overall peace of the community, as outlined in Prohibited Conduct, item 21 of the complainant's lease. Additionally, the respondent confirmed that the reasonable accommodation requested by the complainant on February 7, 2024, had been approved and provided.

Information gathered and reviewed included Complainant's rebuttal, emails, and recording. Additionally witness interviews from respondent were completed.

Complainant stated that her evidence included recorded conversations with leasing staff at The Alcove Southfield, which she believed demonstrated that she was professional and did not engage in any negative behavior toward staff. She maintained that despite her professionalism, she experienced retaliation, harassment, and discrimination. She further alleged that a camera was secretly placed in her apartment's smoke detector, asserting this supported her claim that respondent fabricated reasons to justify asking her to vacate.

Complainant asserted that she submitted several reasonable accommodation requests via email, identifying exhibits already provided to the investigator. She indicated that the requests were made in May and June 2024 and again between November 29 and December 14, 2024. She alleged that the requests were never approved, resulting in physical pain, emotional distress, and mental stress.

Complainant explained that she was seeking to be appointed temporary legal guardian of her disabled daughter due to the child's severe medical conditions following a 2023 car accident and complications from COVID-19. She alleged that respondent's actions violated both her and her daughter's civil rights.

Complainant stated that she communicated professionally with the property manager, but retaliation began after she filed a rental complaint in court. She alleged that the property manager became angry after learning that she had applied for housing and taken photos for the leasing consultant. According to complainant, Rock Management and later Village Green both engaged in conduct that caused her harm.

Complainant alleged that she was without heat, hot water, or electricity for two days and later received a Notice to Quit, which she viewed as an eviction threat. She stated that she suffered emotional and financial hardship and was forced to spend approximately $2,000 monthly on

MDCR Case# 645068
October 10, 2025
Page **3** of **5**

hotel stays after being ordered to vacate on June 18, 2024.

Complainant maintained that she owed no rent, violated no lease provisions, and complied with all property policies. She alleged that she endured inhumane treatment and emotional trauma as a result of respondent's retaliation and discrimination.

Complainant stated that she made multiple requests for a handicap parking space near her building entrance, beginning on December 26, 2023, with a follow-up on January 18, 2024. She alleged that the space was not properly designated for more than a month and, when finally marked, was not wheelchair accessible.

She further alleged that respondent ignored her concerns about rent and utility overcharges and offered to release her from the lease instead of resolving the issues. She claimed photographs dated May and June 2024 showed the parking space remained improperly marked until shortly before she was required to move.

Complainant also alleged that her unit was not ADA-compliant and that she was misled to believe it would be newly renovated with stainless steel appliances. She stated that she waited six months to move in based on staff assurances but later discovered discrepancies between what was promised and what was delivered.

Complainant referenced prior litigation against Rock Management and Town Residents regarding rental reimbursement, for which she was awarded $2,424 plus $135. She believed this prior action prompted respondent's retaliatory conduct.

Complainant denied respondent's claim that she never requested to add her daughter to her lease. She stated she spoke with a leasing representative named Isabella, who told her that the $75 building management fee should not apply because The Alcove was not a condominium complex.

She further described difficulties parking near her unit due to a lack of accessible spaces and alleged that she was unfairly targeted for parking near her door, while others without handicap placards were not penalized.

Complainant indicated that she submitted multiple exhibits, including photos, emails, and court documents, supporting her allegations of retaliation, failure to accommodate, and discrimination.

On February 28, 2025, complainant emailed the investigator with an update on her guardianship case, noting that her first hearing was held on February 13, 2025, and another was scheduled for March 26, 2025. She explained that the court advised her to file a Developmental Delay Petition instead of an adult guardianship petition and that her daughter was scheduled for evaluation due to worsening conditions. In the same correspondence, complainant clarified that she decided to move forward with her civil rights complaint solely on her own behalf, excluding her daughter's claims, and requested that this change be considered final as of February 28, 2025.

The investigation determined that complainant is a person with a disability (chronic edema) and that she was a tenant of The Alcove Southfield, located at 26796 Central Park Boulevard, Southfield, Michigan, from May 19, 2023, to June 18, 2024. The evidence confirmed that respondent issued complainant a Notice to Quit dated March 21, 2024, advising her to vacate the unit by the lease expiration date or face possible eviction proceedings. Complainant alleged that her disability and her request for an accessible parking space were factors in respondent's decision to terminate her tenancy. However, the investigation found no evidence to support that her disability played any role in respondent's decision not to renew the lease.

The evidence showed that complainant requested a reasonable accommodation for an accessible parking space on or around February 7, 2024. Respondent's records confirmed that this request was promptly approved and implemented. Property Manager Cailee Christee stated that the accommodation was granted within 24 hours and that the chosen space was relocated slightly to comply with accessibility spacing and marking requirements. Complainant acknowledged receiving the designated accessible space but expressed dissatisfaction with its location, claiming it was not close enough to her unit and lacked proper markings. She did not, however, submit a follow-up request to modify or relocate the space after it was provided. The evidence supports that respondent acted promptly and in good faith to meet the accommodation request.

Regarding the lease non-renewal, respondent asserted that the decision was based on repeated hostile, threatening, and harassing communications directed at staff between January and May 2024. Both Christee and Service Manager Andrew Fritch testified that complainant's email communications created a difficult work environment and violated the "Prohibited Conduct" clause of her lease. Respondent provided evidence of another tenant whose lease was also not renewed for similar conduct, demonstrating that enforcement of this policy was consistent across tenants. The evidence further established that complainant was not evicted and remained in her unit until the lease expired. A recording submitted by complainant in which she stated that respondent was "evicting her because she was suing them" was reviewed but did not include respondent staff or corroborate retaliatory intent. The timeline also showed that the reasonable accommodation request was granted approximately six weeks before the Notice to Quit was issued, indicating no temporal or causal link between the protected activity and respondent's decision.

Complainant also alleged that she was denied permission to add her disabled adult daughter to her lease, overcharged for utilities, and subjected to unaddressed maintenance issues. The evidence did not support these claims. Respondent's records and testimony established that complainant made informal inquiries about her daughter living in the unit but never submitted a formal written request or application as required under Village Green policy, which mandates screening for all occupants. No documentation was provided showing that respondent denied such a request. Regarding utilities, the executed lease confirmed that complainant was not responsible for gas or electric utilities during her first year of tenancy and was only billed a $75 monthly facility fee covering pest control, water, and trash services—consistent with other tenants. On the maintenance issue, respondent's records showed that work orders were scheduled to address heating and hot water problems, but staff were unable to complete them because complainant required to be present and was unavailable at the agreed times. Once access was

MDCR Case# 645068
October 10, 2025
Page 5 of 5

granted, the repairs were completed.

During the investigation, complainant notified CRI on February 28, 2025, that she was moving forward with her complaint solely on her own behalf and not on behalf of her daughter. Nonetheless, CRI analyzed the full complaint as originally filed. Based on the totality of the evidence—including lease documents, respondent's position statement, and staff interviews—the investigation concluded that respondent promptly provided the requested accommodation, applied its lease policies consistently among tenants, and did not take adverse or retaliatory action because of complainant's disability or protected activity. The evidence did not support findings of discrimination, retaliation, or disparate treatment in terms and conditions of tenancy.

Based upon all the evidence in the file the department determined that there is insufficient evidence to proceed.

You may contact me if you wish to discuss the investigative findings and/or provide additional information. If I do not hear from you by October 20, 2025 your complaint will be dismissed.

Sincerely,

*Erika Clark*

Erika Clark
Civil Rights Investigator
Phone: 313-456-6896
Fax: 313-456-2791
Email: clarke16@michigan.gov

| STATE OF MICHIGAN<br>36TH JUDICIAL DISTRICT | **AFFIDAVIT AND CLAIM**<br>Small Claims | CASE NO. and JUDGE |
|---|---|---|

Court address
421 Madison, Detroit, MI 48226-2358

Court telephone no.
313-965-5952

See additional notice and instructions on page 2.

1. Plaintiff: Juliet Lipscomb
Address: P.O. Box 441801
City, state, zip: Detroit, Michigan 48244
Telephone no.: 734 757 7141

2. Defendant: Attn To: Ms. Sims or Ms. Webster - Management With → Town Residences Apts. At → 1511 1st Street
Address: Detroit Michigan 48226
City, state, zip
Telephone no.: 313 285835

**NOTICE OF HEARING**
For Court Use Only
The plaintiff and the defendant must be in court on
Day ______ Date ______
at ______ Time at ☐ the court address above.
☐ ______ Location
______ Process server's name  Fee paid: $ ______

☑ 3. A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in ☑ this court ☐ The 36th District Court Court.

It was given case number ______ and assigned to Judge ______.

The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
☐ the plaintiff or his/her guardian, conservator, or next friend. ☐ a partner. ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☒ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ ______.

6. The defendant is ☐ an individual. ☐ a partnership. ☒ a Rental corporation. ☐ a sole proprietor. ☐ ______.

7. The date(s) the claim arose is/are July 2022 Thru Approx. Dec. 2022
Attach separate sheets if necessary.

8. Amount of money claimed is $ 4,908.00 plus Court cost/fees, Interest, + the Hardships that were out of this matter. (Note: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are: I applied for tenancy, was approved + was given a date of approx. 2 to 3 weeks that the Apt would be ready. Upon coming in with my money orders I asked to see the unit first to ensure everything is brand new as promised: I was told well I'm sure everything is good w/ the unit vendors been in there working etc. I was told by the leasing agent to take pics if something is wrong. After signing docs etc. A copy of the lease to reeeiv... an excuse the pen ... was down ... to retrieve on weeks to get a copy of everything. I paid my money 1st mo. rent + see dep. entered to chk the unit + it was not habitable to Live in + posed a ...

10. The plaintiff understands and accepts that the claim is limited to $6,500 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

... observed the unit needs a lot of work ... health hazard. I took photos + went to the agent to show ... + she apologized + stated she will get it taken care of ASAP. It took over 5½ mos for the unit to get totally ready with still 1 more issue. I just could not wait anylonger than I had while still paying my mo. rent but living in btw a hotel + family members home. They took their time ...

Approved, SCAO
Form DC 84, Rev. 6/22
MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 3931
Page 1 of 2

Distribute form to:
Court (with instructions)
Defendant (with instructions)
Plaintiff (with instructions)
Return (with proof of service)





Lost to lawsuit
Due to being
scammed

34 OF 125

Because of my
Lawsuit against both
The town Residences
+
The Alcove Apts
Which both are my
Apt. complexes under suing
Lived was Evicted out of
Retaliation Ms Cinda Gross Gresham

**STATE OF MICHIGAN**
**36th JUDICIAL DISTRICT**

| | JUDGMENT Small Claims | | CASE NO. |
| --- | --- | --- | --- |

CASE NO. 222246400

Court address

Plaintiff name and address
Felicia Lipscomb
P.O. Box 441801
Det, Mi 48244

☐ Personal service

Defendant name and address
Roil management
The Town Residences
1511 1st St
Det, Mi 48226

For: ☑ Plaintiff
Against: ☐ Defendant

**JUDGMENT**

Judgment

Damages     $ 2,227.70
Costs       $   97.09
Other (specify)  $
            $ 2,224.95

☐ A note or other written evidence of the indebtedness has been filed with the clerk for cancellation.

IT IS ORDERED this judgment is granted and:
☑ 1. The defendant must pay the judgment to:  Felicia Lipscomb    in  ☑ full.

☐ Installments of $     ☐ weekly   ☐ biweekly   ☐ monthly starting   Date

This judgment will earn interest at current statutory rates.

☐ 2. If this judgment is not paid within 21 days from the date of this judgment, or if any installment payment plan is not approved by the court within this time, you must pay the judgment in full or disclose to the court and plaintiff, in writing, your place of employment and the location of your accounts in all banks, savings and loan associations, or credit unions.

☐ 3. Other:

Date 5-30-23

Judge / Attorney magistrate   Bar no.

☑ JUDGMENT
☐ After trial
☑ Nonappearance/default*

☐ DISMISSAL
☐ Without prejudice
☐ With prejudice

☐ Consent*

*For a defendant on active military duty, default judgment/notice was entered according as provided by the Servicemembers Civil Relief Act.

**CERTIFICATE OF MAILING**

I certify that on this date I served a copy of this judgment and the instructions form, "Collecting Money for Small Claims Judgment" (form DC 84), or dismissal on the parties by first-class mail addressed to their last-known addresses as defined by MCR 2.107(C)(3).

Date _____   Deputy clerk _____

DC 85 (3/17)   JUDGMENT, Small Claims   MCL 600.8401 et seq; MCR 2.602, MCR 4.306, 50 USC 521

35 of 125



Town Residences, LLC
Town Residences Operating Account
Village Green Holding LLC AAF
28411 Northwestern Hwy, Ste 400
Southfield, MI 48034

Huntington National Bank
7 Easton Oval
Columbus, OH 43219

Date
01/09/2024

Check No.
000824

Check Amount
2,424.04

Pay to the order of

FELICIA MARIA LIPSCOMB
PO BOX 441801
DETROIT, MI 48244

Two Thousand Four Hundred Twenty Four AND 04/100 Dollars

VOID IF NOT CASHED WITHIN 90 DAYS WITH A DATE OF ISSUE

11:18



A Divider

37 oF 125

38 of 125

3:00 ...Il 5G

The 2nd:
Lawsuit Against the Corporation +
was worse
Retaliated
Against,
the Be-
Havior
worsened.

× Felicia Lipscomb – The...

| STATE OF MICHIGAN JUDICIAL DISTRICT | NOTICE TO QUIT TO RECOVER POSSESSION OF PROPERTY Landlord-Tenant | CASE NO. and JUDGE |
|---|---|---|

Court address | Court telephone no

Ⓐ
To:
Felicia Lipscomb
and all other occupants
26796 Central Park Blvd., Unit 101
Southfield, MI 48076

Ⓑ 1. Your landlord/landlady **The Alcove Southfield** , is seeking to recover possession of property pursuant to
Name (type or print)
Ⓒ ☐ MCL 554.134(1) or (3) (see instructions) ☑ other: Lease Expires June 18, 2024 and wants to evict you from:
Ⓓ
Address or description of premises rented (if different from mailing address)

Ⓔ 2. You must move by June 18, 2024 or your landlord/landlady may take you to court to evict you.
Date ("see note)

3. If your landlord/landlady takes you to court to evict you, you will have the opportunity to present reasons why you believe you should not be evicted.

4. If you believe you have a good reason why you should not be evicted, you may have a lawyer advise you. Call him or her soon.

Ⓕ
March 21, 2024
Date
Law Offices of Aaron D. Cox, PLLC
Signature of owner of premises or agent
23820 Eureka Rd.
Address
Taylor, MI 48180 734-287-3664
City, state, zip Telephone no.

**Note:** After foreclosure of the premises, the landlord/landlady must give notice as stated in the lease agreement or equal in time to at least one rental period, unless otherwise allowed by law. This does not apply to a 90-day notice given under the authority of Protecting Tenants at Foreclosure Act (PTFA), PL 111-21 §702; 123 Stat 1660, restored and revived by PL 115-174, title III, §304(c).

**CERTIFICATE OF SERVICE**

Ⓖ I certify that on March 21, 2024 I served this notice on Felicia Lipscomb and all other occupants
Date Name

by ☐ delivering it personally to the person in possession.
☐ delivering it on the premises to a member of his/her family or household or an employee of suitable age and discretion with a request that it be delivered to the person in possession.
☑ first-class mail addressed to the person in possession.
☐ electronic service to the person in possession (who has consented in writing to such service) at the following electronic service address: _____

Signature

Approved, SCAO
Form DC 100c, Rev 9/23
MCL 600.5714(1)(c)(i), MCL 600.5714(1)(c)
Page 1 of 2
Court copy (to be copied, if necessary, to attach to the complaint)

---

| STATE OF MICHIGAN JUDICIAL DISTRICT | NOTICE TO QUIT TO RECOVER POSSESSION OF PROPERTY Landlord-Tenant | CASE NO. and JUDGE |
|---|---|---|

Court address | Court telephone no

To:
Felicia Lipscomb
and all other occupants
26796 Central Park Blvd., Unit 101
Southfield, MI 48076

1. Your landlord/landlady **The Alcove Southfield** , is seeking to recover possession of property pursuant to
Name (type or print)
☐ MCL 554.134(1) or (3) (see instructions) ☑ other: Lease Expires June 18, 2024 and wants to evict you from:
Address or description of premises rented (if different from mailing address)

39 of 125

**2 of 2**

(E) 2. You must move by June 18, 2024 _____ or your landlord/landlady may take you to court to ev
Date (*see note)

3. If your landlord/landlady takes you to court to evict you, you will have the opportunity to present reasons why you
believe you should not be evicted.

4. If you believe you have a good reason why you should not be evicted, you may have a lawyer advise you. Call him
or her soon.

(F) March 21, 2024
Date

Law Offices of Aaron D. Cox, PLLC
Signature of owner of premises or agent

23820 Eureka Rd.
Address

Taylor, MI 48180          734-287-3664
City, state, zip            Telephone no.

Note: After foreclosure of the premises, the landlord/landlady must give notice as stated in the lease agreement or equal in time to at least one rental period, unless otherwise allowed by law. This does not apply to a 90-day notice given under the authority of Protecting Tenants at Foreclosure Act (PTFA), PL 111-21 §702, 123 Stat 1660, restored and revived by PL 115-174, title III, §304(c).

**CERTIFICATE OF SERVICE**

(G) I certify that on March 21, 2024 _____ I served this notice on Felicia Lipscomb and all other occupants
Date                                                      Name

by ☐ delivering it personally to the person in possession.
☐ delivering it on the premises to a member of his/her family or household or an employee of suitable age and
discretion with a request that it be delivered to the person in possession.
☒ first-class mail addressed to the person in possession.
☐ electronic service to the person in possession (who has consented in writing to such service) at the following
electronic service address: _____

Signature

Approved, SCAO
Form DC 100c, Rev. 9/23
MCL 600.5714(1)(c)(ii), MCL 600.5714(1)(a)
Page 1 of 2

Court copy (to be copied, if necessary, to attach to the complaint)

---

| STATE OF MICHIGAN JUDICIAL DISTRICT | NOTICE TO QUIT TO RECOVER POSSESSION OF PROPERTY Landlord-Tenant | CASE NO. and JUDGE |
|---|---|---|

Court address                                                          Court telephone no.

To: ┌ Felicia Lipscomb ┐
    and all other occupants
    26796 Central Park Blvd., Unit 101
    Southfield, MI 48076
    └                      ┘

1. Your landlord/landlady The Alcove Southfield _____, is seeking to recover possession of property pursuant to
Name (type or print)
☐ MCL 554.134(1) or (3) (see instructions) ☒ other: Lease Expires June 18, 2024 _____ and wants to evict you from:

┌ Address or description of premises rented (if different from mailing address):
│
│
└

2. You must move by June 16, 2024 _____ or your landlord/landlady may take you to court to evict you.
Date (*see note)

3. If your landlord/landlady takes you to court to evict you, you will have the opportunity to present reasons why you
believe you should not be evicted.

4. If you believe you have a good reason why you should not be evicted, you may have a lawyer advise you. Call him
or her soon.

March 21, 2024
Date

Law Offices of Aaron D. Cox, PLLC
Signature of owner of premises or agent

23820 Eureka Rd.
Address

Taylor, MI 48180          734-287-3664
City, state, zip            Telephone no.

Note: After foreclosure of the premises, the landlord/landlady must give notice as stated in the lease agreement or equal in time to at least one rental period, unless otherwise allowed by law. This does not apply to a 90-day notice given under the authority of Protecting Tenants at Foreclosure Act (PTFA), PL 111-21 §702, 123 Stat 1660, restored and revived by PL 115-174, title III, §304(c).

**HOW TO GET LEGAL HELP**

1. Call your own lawyer.

2. If you do not have an attorney but have money to retain one, you may locate an attorney through the State Bar of
Michigan Lawyer Referral Service at 1-800-968-0738 or through a local lawyer referral service. Lawyer referral services
should be listed in the yellow pages of your telephone directory or you can find a local lawyer referral service at
www.michbar.org.

3. If you do not have an attorney and cannot pay for legal help, you may qualify for assistance through a local legal aid
office. Legal aid offices should be listed in the yellow pages of your telephone directory or you can find a local legal aid
office at www.michiganlegalhelp.org. If you do not have internet access at home, you can access the internet at your
local library.

Approved, SCAO
Form DC 100c, Rev. 9/23
MCL 600.5714(1)(c)(ii), MCL 600.5714(1)(a)
Page 2 of 2

Tenant's copy

40 of 125

A Divider



My
Photos, Emails
+ Audio Recordings, Lease
Agreement Will all Be provided
to thee Hon. Court Which
Also Supports Ms. Clarke
to Heavibly Error on
this Matter of all +
my childs
Rights to Be
Violated.

Also first 14 pgs; is in
Response to not only
Respondents "position Statement"

But my Entire
50 pgs. Supported
Evidence that
my Kee needs child was
Harmed in Multiple ways as
Provided Exhibits Support

1. All previous
Evidences/Exhibits
to support my Rebuttal
has ideal Emails
*. Exhibits to support Includes Audio
Recordings x1
B. Includes Ideal Emails
C. As well as photos

2. Timelines Also Supports-Reveals
in my Evidence/Exhibits

3. Complaintant Party: Johar
Evidence/Exhibits supports the Respondt
to Johar violate the Rights civil of my Daughter with Bexxx
the mother + tenant of the Companys as listed above
of my Daughter

Rebuttal
By the
Complaint Party:

Village General
Mgmt / The Above
Supports

2 - Should Also
Be Present
Kick Mgmt
as well.

3 - Should Also
Kick Mgmt
as well.

41 of 125
w/ 1 Sticky
note

14/29/2021
Friday

My
Rebuttal
Those 14 pgs
of Facts Regards
to the
Harm
Involved

+ Then Rebuttal As
Consists of a
An Addt'nal

50 pages
Which Evidence
to Support
each Area of
Harm, was
Which

*My
Lease Agreement
Also
Supports
+ my
+ ethn
my
keep
my
child



42 of 125



2 of

Emotional stress, psychological turmoil, + mental stress these harsh and unbearable stressors caused my condition to flare frequently, physical pain, + my chest to become Hospitalized frequently as she was placed in jeopardy that than caused her more pain + suffering. I say for sure evil does, that if I am requesting the all the harm willfully caused upon - I + my spec needs children, that you recount Only changed + convicted (jail time) but that you not found any the maximum minimum amount by the state/law is recorded - your behaviors were unwanted + deemed out of restitution + harassment due to my repeating + filing complaints of your wrong doings in federal/medical/disease lawsuit is against the law + I seek full penalties upon you to the fullest extent of the law.

My
Rebuttal Statement begins ———→ next page one.

Note: All Exhibits submitted, & I please Requested for CC myself to Cc — Sue CCE his record as is chell key confirmation of what all is received.

Jerky Important, my proof + evidence that I beg. My trial + all Resp. Regards to my case is Bi-t + foremost ethan, she hated.

3 of —

1. First, I presume B, Bun G. in receipt of the Respondents position statement not until it appears. November of 2024 by Ms. Clinch, with the Dept of Civil Rights, it struck my contoral BunG. that my complaint of all these item caused by the respondent, to not be taken seriously by this investigator Ms. Clinch whom disclosed of the re-spondents response to be keed months too without my knowledge yet. I was not actively until months later 2 this was made known — when my email reg. is to when did the respondent journ's their position statement to find + discover back Aug 2024 + I did not know until + done. or close to 3mos. later which was very wrongful burn G. a notion + violates Due rights on many levels.

1. In addition to the above, to discover I met all deadlines, I reg. of Ms. clinch to not only mail cover deadlines, I reg. of Ms. Clinch to not only mail cover but to remail everything to me with a backup phone call as a courtesy. This matter was hurtful + inflicts pain + suffering beyond the means of suffering; again find me my special needs child to observe.

This investigator, I feel from Dept to be cold, Burds, Cateous + ninexcept credible, allowing my reg. to speak to her supan is Bund until I found that 2 was reg. I voiced my feelings + hurt behind the poor client service.



44 OF 125



Read by clerk whom looked w/ compassion, empathy,
and to concern for wonder @ to assist timely with my
claim. This phrase w/ clients was elicit & pleasant experience.

3 PLEASE BEGIN, The complaint in from
of 2 pgs, w/ request by complaintant
Submitted w/ updates for the case on
11/29/24 at 11:50 am actual @ postmart
— Information necessary for the case — Investigation.

Rebuttal: It was rented a unit in the
past by the respondant that was not
habitable to get could out live in the
unit yet so can't for pay my rental
pymts being left a homeless situation
paying @ close — 2 paying rent for this
town residences, to family, to hotels.
PAST mismanaged by Risk mgmt. — Case.

Info on this matter is email per the
Supan's request which strikes my concern
because they are things in the respondant
pertinence. Share key to rental pymts not
that of a Discrim. Retaliation, or efforts
ment of law suit. Yet to find out client.

45 of 125

5 of

was in receipt of the case. Outcome circumstance as emailed by me back June of 2024 it was this small claims affidavit. The Judgement Phase I have emailed for support. The filings do not reflect what the support was wrongfully suggested → that I am dumbfounded to trying to slew out of 360 Judgement the discrimination/retaliation is of my case. It out of this DCR. which is not true of my evidence to support untrue of a fact.

Throughout this process, for relief, I've felt Judged + reviewed. Thank God for evidence to support my claim. As I was very thorough in supporting.

Now Comes M's Lipscomb, the complaintant pretty m by the # 64750B with MDCR: A. Daughter of H/B. Robert Lipscomb was Intel's deprived of Having of F/C. failure to Live with her mom — Jelisia Lipscomb as the evidence supports thru exhibits emailed timelines which me substantiate + see dates of the emails.

★ The Respondent claims the following in their 1st paragraph :



46 of 125



66 of

that per Village Green policy every individual was required to undergo + receiving prints before testing it at my property, managed by the defendant, and that the complainant never submitted a request to call anyone to her lease during her residency at the above + that facilities did not receive approval for her daughter to reside with her.

Complainant Response: Having @ emails/evidence to show on 11/28/24 + even previous to today, to support the keep to list false information + is a practice — the keep willfully/falsely became against my child + her disabilities due to the severity of her conditions + was homeless from day 1 of my self Injury rejected by Mr. Ka. The eviction was verbally after asking for me my child disabilities upon moving in the court. I would be if my child paying in the court...

① Then after I appealed, I began to email her + Mrs. Brooke + managing from corporate whom ignored my emails. ③ Then later on the very next my lease team
② I emailed again regards to becoming, I intended to tell my child so the process could begin...

2 of 2

The respondent mentioned policy upon even/Individual as final, As Screening, well: A. My child was ① Breed Four the Screening process was not even allowed to a Decision was denied because she could get slander for me to apply for her. She was kicked before I myself could even Apply. My child + my Figure was denied + then Ignored even after I was approved, before I completed the applic, then Ignored even when V-Green took over as the morning company (both companys), cleared my child my disabled baby her light to live with was

* The law was not adhered to me their so unless policy as my Evidence suggests

Then they go on to say I never submitted to said a request

48 OF 125





49 oF 125



my childs' disabilities.

3 of 9

The Exhibits emailed to support willful breach upon my child are as follows:

1.) Ken April 2023, He requested verbally based on the 2022 Stats upon the severity of my childs disability

2.) Amy Ignored request by phone

3.) On 5/24/23 Brook Ignored my request - never responds but responds to other inquires I had.

4.) July 2, 2023 Ken + Brooks Ignored my reg. after swim by email.

5.) on 2/1/24 Chloe Chaste Flint the new marilyn comp Ignored my Request + Ignored of following my child's flow No response by the other staff.

* My evidence here reveals 100% discrimination purposeful.

access most + retaliation + my suit not telling +



50 oF 125



10 of

3 of

The notice to quit
eviction response by the resp- is also filed + was
proper filed
without
reason

to
set → due to property
30 days damaged
Renewed
+ a number of
judgement + the
eviction of
my rental
units.

★ See the timelines below + examples
which supports the notice
to quit to evict ⚼
had not moved ← the quit notice
emailed also - Timeline reveals
retaliation

1. All the discovery/harassment/retaliation
began before 4/24/24.

2. My Small claims judgement foreclosure
denied 5/30/24 but was
filed on 4/18/23 + requested
by resp. to move NO later than 6/19/24

3. My civil rights film was on 4/22/24

4. Notice to quit was dated: 4/24/24

★ The notice to quit was
not on 3/21/24 my evidence submitted to court
reveals 4/24/24 after
my Small claims filings + after
my civil rights film with hearing →



3 of
11 of

In Isbert the case in 38th District was lock't Favorably in my favor, I receive 4/24/14 the notice to quit meaning more or you can be evicted as per the notice to quit.

My Efforts of Evidence + my 4 votes keeping's supports I never endued my problems at the site of Alcona even in the midst of adversity being destroyed past. I was kind, professional + had no issues with my neighbors that I barely saw as I worked 3 jobs + was barely home; having only 2 neighbors on my side of the bldg as unit was vacant very long time + the medical right-next-door since. I Show no one trouble sincere, nurrd in barely saw them + worked + when home slept the best.

+ My Keeneley's supports Staff had no Issues with me as the Kep - Falter As of Staff + the community did so. The Reasonable reccommendation as per also+ my compliment+ kneels not 2/1/24 but Brick nvt Dec. of 2003 giving them the Last-chrg if Issull which was 6/18/24 to Never be approve. provides no approves. See of Evidence of Emr's List

I never even suggested nor indicated that
I wanted to cancel my lease do not know it or
my exhibits supports this as well - I actually
sent several emails Inquiring why I had not
recieved my counsel + I sent as evidence a
Reminder bring in person at Leasing office Inquiring...!!!

Please allow me to direct your attn to the
following additional exhibits to support notice -
Se parte, meaning eviction if - if I had failed to
Vacate (what good cause I received + notice to
Vacate to Surrender the apt) - these were

No Late kindal pymts? there were no filings w/police
dept - I'm causing problems, there were no complaints
By Surrounding neighbors, there were no on proof behaviors
by me even & as my exhibits/readings of apt 4
supports. Sheriff + I had no wrongful behaviors that
grants towards unlawful Living or behavior that grants towards
Violence + the resp. made me but to be a horrible matter
in their response, well I've proven diff. I'm my evidences
of the resp. left to be dishonest + a fact FD falsified
as well as No Acceptance of their wrongdoings or covering up
there being is what my evidences supports

3 of

93 of

53 of 125

my
response to overcharged for ~~rental~~ rental pymts which included utilities: ~~Lease 355~~ According to Lease Amy

~~EXAMPLE~~ → ~~that supports according to my Lease~~ I had no oblg. to electric or gas ~~so~~ + that after the 1st yr only resp. for electric + ~~that 75.00 would be for~~ Bldg ~~mant fee of 75.00~~ Being the Bldg had no ~~so~~ gas ~~of supplying both~~ Services as it was.

To be hotel in the past + gas is not set up for billing no one - I am resp. ~~She said for 75.00~~ Bldg mant fees + Rent of 880.00 only.

Once I recvd my Lease I saw diff. I saw my Rent at 890.00 which kept switching from 890 to 885 to 880 in varies of Leases sent to me with also incorrect unit #'s. ~~Then I noticed that~~ told saw 75.00 Bldg mant. When I contacted Amy for the correction on my Rent, pay only electric after 1 yr She responded + informed that the + 75.00 fee thats unami; She verbally stated the Bldg mant fee will be ~~completed~~ removed by comp As its a special + that she'll change after 1 yr for gas + rent at 880.00 When I didn't recv it, I emailed + Brooke change. everything crept 75.00 I said she'll ~~talk~~ talk to comp president + the Rental mant but. The NO gas ever change, the rent change, ~~they~~ I never heard back on 75.00 new comp took over + I kept being billed.

When I recvd utility notice by christie, I mg. to be offered to move out + abandon my lease. See Exhibits to support this

HARASSMENT



101 of 141

3 of

She kept charging me & asked why didn't I settle then
to court and that there's Penalties for doing so.
This careen of mines was Iguord, never-filed, yet-offered
to move out.

* See where I wifes Info by below that the
25" is not Big monthfees it is for utilities
Such as Lights, gas, water, trash removal, etc- many
it was Juny there will allow $$$. She sinch big
went-For diet-apply to that-Lic. Because went is
floor to front is not a cardo its an apt - asbove
othere overpaid

My landers Ive Long to shout-in many & because there
if it 40° this was Ignored arend

MY handlinethey is not its best throing weeks
on this #11day since 8:30 im trunting to submtt
timely by 11:59 pm on friday of 11/29/24.

My evidence, All evidence including my recordings
depicts Discrimation willfully & Intentionally Retaliation
& Harrassment-Due to reporting both look t
Vigoren For the Htten caused when I first
Child t I seek penalty to the Fullest extent
trust-munatary to evidence when would
not be Fair out of fail the pain suffering It's a willful
meeow

Ms Johora Lipson B 11/29/24









"Requesting an UpDate" to this complaint as my evidence will support themes ... pg. 1 of 2 → Rebuttal. Next pages over.

MDCR Case#: 645068
Felicia Lipscomb v Village Green Management/The Alcove Southfield

Authority: Acts 453 and 220, P.A. of 1976, as amended.
Completion: Required
Penalty: Allegations of unlawful discrimination cannot be investigated without a written complaint.

56 of 125

STATE OF MICHIGAN
DEPARTMENT OF CIVIL RIGHTS
**COMPLAINT**

MDCR # 645068
FED #

| | |
|---|---|
| CLAIMANT: Felicia Lipscomb | RESPONDENT: Village Green Management/The Alcove Southfield |
| ADDRESS: P O Box 441801, Detroit, MI 48244 | ADDRESS: 28411 Northwestern Highway, Suite 400, Southfield, MI 48034 |
| TELEPHONE: 734-757-7147 | TELEPHONE: 248-851-9600 |
| Area of Discrimination: Housing | Date of Discrimination: June 26, 2024 |

Statement of Alleged Discrimination:

I am a person with a disability and allege that I am being evicted, denied a reasonable accommodation and being subjected to other terms and conditions due to my disability.

I currently rent a unit in the respondent's complex located at 26796 Central Park Blvd. Southfield, MI 48076.

**Eviction 6/26/2024 Disability, Retaliation**

On or around April 26, 2024 I was issued an eviction notice from the respondent and not allowed to renew my lease. This occurred after I made a request for a reasonable accommodation. I have made on time payments and have not violated my lease. However, the respondent refuses to communicate with me professionally and fairly. Therefore, I believe my disability is a factor in the respondent's decision to evict me. → I also believe the reason for this eviction is due to retaliation of pursuit of a small claims action against the respondent for renting to me a unit that could not reside in & the unit being uninhabitable. (A)

**Failure to accom. disability 2/7/2024 Disability**

On or around February 07, 2024 I requested an accommodation for an accessible parking space. Initially, my request was denied, however, the respondent eventually designated an accessible space. Regrettably, I have noted several issues with the designated space that the respondent has refused to address. The space is not in close proximity to my residence, lacks proper markings, and does not meet the required measurements.

Although there existed responses by the respondent ... my initial request was ignored until I involved the city, the police, & even then the owners ... they did not comply with my accommodation request within reasonable time frame. NOR did the respondent respond ... (C)

**Other terms & conditions 2/6/2024 Disability**

I also believe the eviction was out of retaliation due to involving civil rights ... both involving the courts ... (B)

(A) On or around February 01, 2024 and as early as June 2023, I requested to add my disabled adult daughter to my lease. The respondent refused, citing the severity of her disabilities as the reason. Furthermore, from May 2023 to May 2024, the respondent has consistently overcharged me for utilities. Additionally, the respondent has neglected to address critical maintenance issues, leaving my unit without heat or hot water and rendering my home uninhabitable. (C) I believe residents outside of my protected class are treated more favorably.

* Although my case in small claims addresses overpayment for rent which involves my utilities, as my case does not pertain to discrimination ... a suit for retaliation ...

59 of 125

Pg. 2 of 2
Plus
49
points pgs

to avoid No conflict in this Civil Rights case
which Adds more Harm than of Over pymt on Utilities/Rental
On Dec 3, 2024 I will not be in attendance of the Hearing of
of will go to a case dismissal On the Grounds of Rebuttal
pursuing a Civil Rights Case Based On the facts
that severe Harm unto I + my spec needs
Daughter Is addressed In this case + is of
Nine Importance that this case will Resolve
Not Only the Laws broken
But will end in the Utilities being
Addressed as well.

= 51
total
pgs.

By punishing
the re-
Spondent

Actually,
Not showing to Court On 12/3/24, will automatically Dismiss the
Case.

* If I am moving forward
with my civil rights
Case return against the
Respondent without delay

And

My evidence, Rebuttal,
+ case return against
the two Residences in 36th
District will All be submitted
to 11/29/24 by 11:59 pm.

Sincerely,
W.S.

11/29/24
+
Resubmitted
on
12/14/24.

58 of 125





By refusing of me to want of I would be enrolled the same funds as being enrolled. I was forced to move by this going off leasing & a new Broker/replacement after 1 year of leasing the unit.

C. Photos

pg 2 of

2. Timelines not supported as Revealed in my Exhibits of emails pertaining to my child not being allowed to move in my apt — with May/she was allowed. Allowed the opportunity to go through the process from day 1 of my Inquiry All Personal. Cost of A studies Apt, utilities, availability, informing as Roles of how many would be living. Cld the unit etc. My child even after I had moved in from being Approved, was vacant + my conf. Inquiry asking the phrase I was then Ignored + kept being Ignored per my Exhibits to reveal.

(during my inquiry she was validly Denied, after Approved she was Denied, after I moved in my emails were Ignored.

Initial

The ___ of A request to be Added Revised for adding ↓↓↓ I did this yr + I also submitted + was Denied

3. Complaint + proof, followed by evidence/exhibits supports Already. the Reason best to Indeed willfully
↳ over



60 OF 125

3 of

Violate that Civil Rights of Both I and my special
Needs Daughter whom also has several Health conditions
as I having Chronic Health conditions as Well Clearing
from + One resist 5/2023 + Cord pneum 2021/22
Serious on my death beds. That Respondent, had
More than enough time to cease + disease these
Violating Behaviors as I communicated Kindly,
Professionally with Requests that Were reasonable
+ simply asked of the property mgr to do her
job not to go over + beyond place @ her job in
Jeopardy as my emails also Reveals. She prop mgr
Refused out of Anger/Retaliation/this Aggressive acts
Due to the Rental Complaint I filed in court against
The Town Residences as she Made it clear by phone that
I shouldn't of never Applied let along took photos for
her Leasing Consultant. I was Prohibited by Code
Compley as well as my child. Your mgmt Caused Harm +
never Cessled the Harm. Village Gharm took work as a
New mgmt Company + prevents us/the Harm to continue @.
I was not only Harmed, but Hurt, + rights temporarily
For 2 days, but Harmed, + made to quit Meaning → move
OR We Will EVICT you. The Same as an EVICTion!!!
The Respondent is Responsible for the Pain, turmoil,
the Agony, all the suffering I have incurred Than
through now including Financially with special@ unnecessary

→





4 of

Monies out of pocket that I should not be spending @ for Husband purposes → On hotel cost of close to 2,000 monthly since being forced to move June 18, 2024 out of Retaliation + Harassment per my evidences for labor support?

Timelines has been clear of being evicted if released that not moved by the deadline given by the respondent. I will petition to the timeline, You will discover as evidences 'that the', Unable to exit NEVER Listed

1) 90 day Rent owing

2) That I violated my Law?

3) That I was a threat or causing Problems for the community? As they communicate + is showing behaviors to show Wrongfull of Shirk these advantages Ps + items of falsifying my item 21 is Overlook in Item policy + rules to which violated in Shirk's conduct is It's artist? I shall pierce the respondent to be + persevere to be a new Shinka, To be a limitless, club →

62 oF 125

5 oF

and Inhumane treatment, emotional stress, psychological turmoil, + mental anguishes is What the Respondent PURPOSEfully applied upon most of my child; very evil + malicious behaviors. These unbearable stresses caused my conditions to shame frequently, they caused me physical pain, excessive migraines to this day, the living purpose to thrive + most over my flesh. This Respondent is responsible for the Mental Breakdowns + hospital placement + facilities as she suffered pain + mental stress, lots of suffering, Not to far from the Love with me as her mom whom loves her so much + takes such unbearable ful care of her these severe conditions since Birth. I truly want to Hate + despise the Respondent, But God whom lives in me has a allowed me to know, that even the negative that happened in life could turn to be for Her own Good + to just trust him + allow him to "Repay those whom wrong you...!!!!

I say, to the Respondent, Due evil doer, that I seek, for all the harm you have caused to my child "you will pay", that you are not only charged + convicted (jail time), pries, to the maximum statutory amount possibles

63 OF 125

As well as Justice that the Respondent fears from the Government or the States to be Demolished; Beginning with the Dismantling of Section B, Market & to substituted. Allowances + or privileges of my sort. I want the Respondent Repaid to all Entities in which they should be repaid to the Illegal Behavior bestowed upon + my Child. I seek in addition to those above, that maximum monetary/monetated Sum possible for punitive charges unless the VII/VIII as the Respondent definitely has Broke, up to 500 Employees.

If + my Childs Civil Rights were violated, unheard of Seconds thought of the Damage they were Causing they pain was unheard/would go through - I request this maximum amt awarded under the Civil Rights Act of 1871 if the Respondent is Affiliated w/the Government + under State Law arising 42 U.S. C Section 1983.

Civil Rights violations that serious + it does not feel good at all. Civil Rights that personal rights that protects + they guarantees per the U.S Constitution + Federal Laws enacted by Congress that Individuals that free from what the Respondent caused upon + my Child 2 Please allow me to influence your attention to the Civil Rights Act →

oF 1964 + the ADA oF 1990.? You, The Re-
spondent, Repeatedly Harassed, Retalitated, Discriminated,
Ignored, made Sabataging moves Against me, threatened me,
I was Recorded in my Own Home, No hot water, No Heat,
No Lights for 2 days, took

Your time After Ignoring
me for Personal accommodation
for Handicap parking + when you
finally decide to do it months later -
You ensured Only 1 spot to Be created
which was Improperly created to persist
with me Being inconvenced to Live in
turmoil as my Living On the property
was never enjoyable ← that was violated too !!!!! Is
this violated my right, Your Behavior violated my right
to an enjoyable unit. You caused me pure Discomfort, a life
of grief + such pain + mental stress. The Notices to quit,
for purpose of evicting me all Out oF Discrimination / Re-
taliation + severe Harassment Even after Refusing my
Baby to Live with me is not Only Insane it's heartless!

All Out of me excercising my right to joing
complaints of your wrong Doings. not considering that →

*(margin annotations: "entire winter" and "entire winter")*

( .64 oF 125 )

65 OF 125

8 of

Your behaviors violated my medical conditions in such a way that inflicts pain, days I couldn't walk or move that each & everyday my unit was so cold that I could't was outside weather. Then Inside of my unit couldn't Shower Had to Inconvience my family for this purpose, paying Hotel costs; Your Behaviors were harmful, painful, + unwanted, + yet you still Do to this day As A means of retaliation Your Illegal Actions well my Exhibits Supports you are in violation in many levels as I Ask for penalties to the fullest extent of the Law

All Exhibits, Sources for it myself to enhance Ove has read, is live hard confirmation of all Exhibits AS Recv'd.

OVER →

Now comes Ms. Alicia Lipscomb, the Complaintant
Party in this matter, matter # 645068 with MDCR
On Several complaints where Both she & her daughter
Civil rights were purposeful violated; having An Opportunity
to correct their behaviors which were illegally punctuated, the
Respondent were amused, enjoyed, and found there behaviors
permissable due to of the victim exercison @ her rights
for resolution + did Nothing wrong against the Respondent
to deserve such Inhuman / Outrageous /+ insane w/ no
remorse
for their actions; Their Rebuttal slso proved to
Represent <u>No Evidence</u> Of their writing to be of facts, Yet,
I've proven my complaint all #s me about __ untruths.
the Respondents my complaint all
I've proven my responses to their response is false. My
Burden of proofs ARE met !!!! What Evidence Did the
Respondent provide to show their false Allegations to
Be true - NONE !!!! My Evidences / Exhibits are
Indeed emailed with timelines also written here in my
Rebuttal to show motive, intent, + pre meditation - purposeful
Behaviors of Discrimination / Harassment / Retaliation.


* Lets' Get to the Root of How It sll started : ⟶



67 oF 125

10 oF

1. I, Felix, _____, Reward a unit from the Respondents' property called: The Town Residence's own town detroit, where "Rock mgmt" manages the property. This is why I have requested that Rock mgmt is included in this suit as they are contributing factors initially + Village Green over both the Town Residence +

The Root of This Situation (pg. 10-13)
Showing the Respondent of strong motive/reason + purposely requested I vacate for reasons of retaliation + harassment.

The Above BF conditions confirmed that the Above instead of rectifying they believed plan + intention they sought for deep turmoil mentally/emotionally/psychologically they not only depressed my civil rights they did destroyed my health on my levels; I now my child were Business + to this day I am financially spending excessive amounts of money due to a fraudulent desire to quit for the purpose of eviction if I had not moved — I was asked to move out of Eviction/out of Harassment. My evidence supports, I never requested to not know my Lease, I beg is my 8th but is supports, to indeed know my Lease → The Respondent Lives shows to be a complicit reason but — The Respondent claimed they never evicted me. Well, I refuse to quit with more but better Justice. If I do not move, that I would be evicted is the same as Eviction at perhaps Repeating me to move — + without Good cause, + then being ↓



68 oF 125

14 oF

Violated on many levels + looking @ Town Residences to
Court, then warranty that Judgment/case when granted
them supposedly Retaliatory of the agreement.
My residence in the Sum of ☞ Recordings ☜
Supports I never had out issued with my
Neighbors nor had I had an unpleasant or so to
speak subtly "Interaction w/ that person & staff, not
one of them. My Evidence supports my withinesses to
renew my lease even with beard stresses, Kept Marks
against as my emails were I genuinely on this request, some
★ As my request to Kill my chits to my lease ♦ sec
* All my emails, supports but I was Kill as 15/6a
My 13th/15th supports
@ see the Township Judgement against them
property. The Town Residences + that
Before being asked to vacate, I was ♦ AFFlicted
With inhumane sufferings → No hot water, no
heat, No lights/Electric I seen 2 days, cont'd Refusal
of proper handicap accommodations, threatened, etc

— Continues from pg·10, From the word "property" is written + circled

WHERE Real mgmt manages the property/ leasehold: 1511
on 1st
Street, MZ

I was informed, that unit would Be Brand new As they were Remodeling all studio's & placement of new Stainless steel appliances. After awaiting months for the unit to be ready for move-in, On the Day of my scheduled move onto the property, I asked if the unit was ready & if the unit had Been walked to ensure it was ready. I trusted the staff from the day I inquired of their studio homes to the day I ventured to move-in Finding no reason they had to lie to me of the readiness of the unit & the features as promised.

After Being told, that if the unit is not as promised as she had not walked it personally, and to take pics if there's Issues, I felt, unsure of All promises made for me & as soon as I entered the unit, I witnessed a unit Not fit for even an animal to Live in. I took pics & I emailed the photos right away to the Leasing consultant with messg's that I could not Live in An inhabitable unit & would like to know when can they get the unit in Liveable conditions.

After Incurring Issues with Repairs to be done & to be done within Reasonable time, Spending Large sums of money to Live Else where, I ended up requesting my security dep. Back, for several months

& each month that I paid Rent & could not Live in the unit Having to take The Twin Residences / Rock mgmt to court for suit of All monies Owed to me that the company Has failed to Return.

63 of

My suit against The Town Residences / Rick mgmt Solely pertained to the Reimbursement / the Retural of Rental pymts, paying on + unit premise Brand New + was not fit for humans at meanwhile living Elsewhere; my suit - Judgement did not pertain to Discrimination / Retaliation / Harassment Let along those illegal + Civil Rights violating behaviors By the Akens of Southfield / New + Village @ wood property

Both The Town Residences + The Akens of Southfield Which was Ones mgmt by Rick mgmt.

Judgement Exhibit Emailed to Clark.

⟨The Exhibit⟩ to support this motive,

A Reason for the Respondent to Retaliate / harass + commit Discriminatory Behaviors; The Favorable Civil Judgement against the Resp has been Emailed to the Investigator → Investigator Erika Clark

of 2,424 Plus An additional 135.00 As Ordered of the Resp. to pay in full to wf as the plaintiff on the case Out of 36th District Court Landlord Tenant Division.



14 of

The Respondent states: Additionally, this respondent confirms that that reasonable accommodation requested by this complainant on February 1, 2024, had been approved + provided on 2/1/2024, L never requested reasonable accommodation on 2/1/2024, The [Resp here is also a falsifier, nor was my request approved nor provided timely within reasonable time + when they finally do — crisis to do anything at all, they inappropriately recommen-

(iv) ~~exam~~ dated me @exam G-mo mote plus forfeiting purposely. Exhibits on this item has been forwarded to Clark, Clerk 11/29/2024.

→ + Further the Exhibits Emailed on this item is dated 12/12/2024, that reveals feb 9th 2024 as inaccurately stands. A had. (iv) further evidence, by way of Email reveals that on
12/08/2023, L had + phone conversation w/ Carlee Owosho - the property mgr regarding the → 1. At least 2 handicap spots →

This is note
This is the note
in red where the
by phandicap standards
NOT 213



to BoG created along my maintenance book at this
parking desdignated for this bldg I had resided which
was a few steps away - right at that bldg 21 also im
payments of being overcharged on my rental payments
which included utilities I should not have been
paying. Believing I was paying bldg maint fees to
Chesapeake CB I was paying G. 95.00 monthly for utilities.

Critical Chestoso responded back to me - these emails
After our phone conversation relating to both concerns
1 + 2 was that she cancel my request of 2 different
spots to be created & she then offered me one of my rental
lease upon my concern on overpaying on my rental
pymts which consisted of utilities Jordan but from Bella
that Bella maint fees are not paid by tenants as we are on
got Not a condo & that the 95.00 was for utilities, where's
Chestoso interjects + made excuses for Leasing's actions
the One system handled my issue unless Rock mgmt 3.

The next text is text 1-18-24 (release that respondent
previously stated this process of handicaps spots to not lost
immediately but claimed they were working on it & on it Y24 the
respondent is of 1-18-24 Since 12/20/23 my mother waited the
respect, I not Only am being retaliated still Am not
But more severely harming now no hot water + no heat →

73 of 125

16 of

I was not only promised they would work on accommodating mes with handicap parking & w/ no infractions of doing so, but was then further retaliated against with police escorts w/ Bully Bumb Tailgin from me. Motices Became worse after requesting handicap parking Recommendations.

The pattern of Bein Ignored
Is obvious;
As my Childs right to be pleased to Land w/ mes —
Does my request on multiple occasions — veemently denied than my formal requests Ignored As my Evidonous

* This pattern of reasons supports !!!


NO text involved
NO Heart
+ no effective
for Zois

K Exhibit
Gmonths
on 14/14/24
11:38?

3rd. Request on 1-14-2024, Requesting how quickly can the handicap spots be designated; After Ms. Chester Had a Sticker placed on my Veh for parking close to my 1st Door, while the canopy; Another form of: Repeated Mgr. Harassing & Me! Retaliation, Inconvencing mes Causing suffering & mes Pain Upon me + my conditions. Ignoring mes + taking more time to accommodate meanwhile Placing shelter



Ⓑ On my veh where I parck close to my back to word Jone ups.



The Respondents Last Paragraph on pg. 1 of 2
At the Bottom Is False. This initial request Date
for Handicap Accommodation was 12/12/23 not 1/17/24 as
My Email Evidence Chart 12/12/24 submitted
Supports + accommodates my exhibits sent on 11/29/23.

* The Respondent not only Denied + Ignored my
Requests, Carlee Chambers upon Finally Designating
the 1 spot when she got 2 lost it, to also denying me
2 spots to Ensure I could have it, at least 1 of 2.
spots if a tenant parks in one of the two. She then
ensured the 1 spot 1 (B) not be properly marked, it did
(B2) not Prepare measurements for a wheelchair
accessibility (NOR) But I say anything about the 1
spot to her close to my unit (NOR) was this spot ever
moved to comply with measurements + prepare markings
as my photo-exhibits supports is

Scott Hurst
Exhibits dated 11/29/24
of foundation on Jf clerk



18 of

Next; Email - (#) when suspects, that after Bomb told to pick 1 spot of my requesting 2 spots as not 1 spot was ever designated at the Bldg I needed & 2 spots would at least ensure I got 1 when serving home; Chrustler Is still requesting I wait til the patient home.

Over a month thus far to ensure my medical condition is not mentioned. She claimed the spot I chose was not accessible for # what chance. Yet, Both spots that I picked was indeed accessible; She chose the spot that was not + and ensured that no mentions (blue) to be labeled + the handicap sign per the police was not proper placed nor labeled as well. Chrustlers behavior to #above was not now.

Dispute in placement on marcelus supposedly her purposeful intentions to not properly Designate but to serve me upon + going - #The resp went out of these way to Sabotage, to not ensure comfortability of my unit 2+ along to ensure she met ADA when it came to Responsible for proper classaction...my claim according to my emails + its timelines; the photos supporting all proper mentions, my continual.



Emails Requesting I am prepared recommended
Three no Remuneration + Ignored to Christos
Monthly Designation G when she put 2005 it but Still
Ignoring proper designation. I have tried to
Request a different Location, bombs the parking
For my Bldg was none she was very nice, I
was told to park way down the street + I did
not knowing I was being harassed by Christos!
This method of Christos agreeing to designate it
my Bldg + designation G property was like Show
Along w/ designation G more than 1 spot to ensure of
me or even Recourse + spot upon my dismissal Home.

My Email Exhibits
Supports this as well as
the Respondent to use
Make up false allegations
In these responses is a means
to overlook doubts About
the purpose full + intentional
Harm(s) they caused.

Emailed
to Chank
on
11/24/24
so that the
Respondent
now from
Dec. 26, 23
thru
1-20-24

By this same date 3.0 month

On 1-20-24, I was still refused handicap Designation until I completed A form allowing the entire company to obtain my personal Medical Records in Order to provide Adequate Accommodation ← This Exhibit further Supports the Denial + Refusal is Intentional As Harassive, Discriminative + Retaliatory.

See this Exhibit Emailed on 12/13/24 at 1:00 AM

20 of

This next Exhibit supports that when I was parking close to my Door Under the canopy Due to Christos. Refusal to Designate Harm I not even in un-designated spot to park is all parking was filled at my Arrival Home in the Late Hours of the morning, I was Stickered My BLK Nissan trunk Stickered By Christos

Retaliatory could show never Leniency Even Boot my truck by being Disability + parked

21 of

Exhibits dated 1-22-24 supports No Designation, that contrary to the resp., I did requests spots that were very close to my units' bldg & my Front Door, & that the parking For my bldg is right close to my apt door As the resp is trying to state my request was not appropriate or to meet my needs.

↑

This Exhibit shows A motor cyclo + A blk SUV ; the apt Bldg where I rented a unit, & that as of 1-22-24 No designation purposely & that my reg. of 2 spots were suitable For A wheelchair it was the spot Later Created per Charstees' schize to the Contractors to Create in A spot that was in-Conveniency For me & My Condition.

Forward on 1-13-24 at 1:15 pm

Exhibit dated 1-25-24 supports False premises purposely w/ intent to Keep harassing/retaliate. ← Forward 12-13-24 1:24 Am

of Email





Returned 2/01/24 who employee handicap sign was installed w/out proper markings. To other harms.

Problems with not being able to consistently park in the spot w/out placards; As follows were problems in the spot w/out placards; the pairs of scratches/dammarks that they calls not get involved is the spot is not properly marked which allows anyone to park there. Per my Exhibits the spot was never properly marked, run the sign proper placed/marked Oreaching severe inconvenience as were the aim of Chaos Master.

My requests for a second spot created to avoid discomfort, was denied by ignoring. My further Exhibits supports Complete failure to's

1st: Accommodation, I was initially denied.

2nd: Then asked to complete a form to obtain all my medical history - attempt Happen vmember, denied, I realize they were working in it, then ignored

3rd:

4th: To when prop. mgr. felt I was adding the 1 spot of 2 rep. She did so after several email concerns of being discommended against for close to 2 mos by Mllg Ostason & 1 month by Rob Mgmt Om A Handicap Accommodation.



81 oF 125



24 of

to this spot being sold but not added properly EVER, this Request was never granted + costs me pain + suffering to the max. SEE Exhibits of photos that supports no proper markings this way till my move-out Date of 8-13-24 as good.

Each behavior constitutes by the Respondent Refusal to comply with the ADA in providing a reasonable accommodation + the property closest to the door through to ensure the disabled party needs are met: My Exhibits Forwards

'on 11/29/24 + 12/14/24
Supports the Resp
As Discriminatory / Harrassive / Retaliatory; the proper Marking's Denied. This additional spot designated to allow me 2 of 2 chances to park in a handicap Spot was Denied + Both mgmt companies Rock + Village I feel are responsible for the harm it encountered that caused me pain / emotional stress emotional stress fallen sick, I'm in many days could not sleep eat move, write, or work.

[arrow pointing] Exhibits from 2/6/24 + 12/3/21 even. No proper markings for this spot



82 oF 125

I have suppeded when Exhibits dated 11/24/24 + 12/12/24 + 10/15/24 of Resp.

Pg. 1 of 2 bottom pang. as false with purposefut 4 pg 15 allegations in

Intent to cover mor pain & accomplished her of 4 of 5 than

Intent of-Fabr allowing me to suffer with Motive Both exps

Behind the violations. Harm & Motive clearing from exp 25

at Landlords tennant Judgment when on Jan. 2023 FALSE

the Key was Ordered to pay to-I the Plaintiff sh FALSE

full. The Motive behind Intent & suffering t-pain/transgressive

& Intentional retaliation was to get me to visits-refusal

maintained of serving & my Loss the Respondent Ignored me

today the debts which she furnishes me a

Notice to quit meaning move as you will be evicted I the same J.

as an

Eviction

Complaint Packt 11/8 Lparamb. New address the Respondents

1st parag. as Was false when: HGR, Ms. Lparamb.

Supperting exhibits Submitted on 11/24/24 to-clank, they

start of the timeliness as written on 11/24/24 in my Initial Re-

Rebuttal submission on 11/24/24 t will be written hors on my

2ms written Rebuttal. supports: 1. After my Lhnd to bor-Viability

→ bought the Rental process's by

Mr. Lori, prop. mgr. of Rock

mgmt After asked-4-me.

Charles Cluay mr.

2. W., After approved For. Vendr/

This correct

whatever thing

I have my Limit

in the program which

the judges used in her

to buon-she will



83 of 125

26 of

For example, my child being rejected for several apply with + requests of Ms. Amy when child me to relay my approval, I relied if I could know this process forms. For asking my child to the lessor + I requested to tell my daughter at this time TWICE began to explain what was necessary to tell my child knowing it was being misleads as well as my child knowing it was being misleads as well as my child knowing it was being misleads to tell my child knowing it was being misleads - knew such legals shaped out how; it cues not mention plans, I requested to KEEquist of His tip to the company to be fair, just, and to allow anyone with concern likes the same opportunities as those w/out causability has as per I BAT. It is also up to the company to inform this process from release to an option to a lease which clues in truly vested bounds of actualty my child to the application by Mr. Ron,

Then I granted by Ms. Amy when I asked her by phone upon the call of my approval,

To Both Ms. Ron + Ms. Burks I granted the with requesting by several Emails of my Emails to told my child to was I granted each time as my Email, of the Igrants of my multiple Requests of the Refusal / of the Igrants of my multiple Requests. Please see these Exhibits forwarded on 11/29/24 to clarify. This Refusal began with Ron the Property mgr of Argent Managed by Rock mgmt + the Discriminating / behaviors persisted with the new →

My initial Inquiry that person Abuit the cost of A studio apt + Doing + time of 3 apts, by the manit Mann, I informed me Len that it would be 1 child on the Lust + my spec. needs he asked I have Multiple Multi- Living in the unit; disabled etc.

→ Medical conditions + was told she could not be on the lease → she was too severe ✗

page △ A RISK to their community, etc.

27 of

Managed company per my Email Exhibits, with Village Green, property mgr named Cathee Christie.

Rock mgmt Is just as Responsible for the Harm(s) committed Unto Both I + my child & Should Also Be held Accountable for their Wrong that violated Our Civil rights Which in-turn created mental, emotional, physical, Damages unto Unto Both along with excessive amts of Monies From loss wages + the costs for Avoiding Homelessness; I ask that Rock mgmt is Added to this claim For Accountability. This Resp is here On this illegal Behavior + Falsifur + will say/write anything to cover their Non Law Abiding be- Havurs. What I have is not hear say is the Resp. shares or tells, I have documented evidence To support my Burden of proofs For each paragraph the Resp. has Falsified so here we go: ↓

1. Dates of the Emails supports intentional Refusal

2. The Fact that my requests Received No Response(s) supports(s) intentional Harm

85 of 125

28 of

3. This verbal demand, the Ignorance of my Email, Requests suspends the problem, suspects the company's to hire a member of belief Disseminated against those with Disabilities as I was Disseminated against as well (this is a problem / a threat) a belief of the companies to violate those whom they just as Deserving as those without Disabilities as per Act.

The problem shows of my child to undergo Discriminatory Behaviors based upon our Disabilities as others I am sued to Guarantee such harmful Behaviors / threaten. It's well + this wrong by both.

Look
+
Village
General; I
want both
to be held
Accountable as well
Deserves + per Law.



86 of 125

29 of

2 Clark, was in receipt of 1/28/9
Reviewed previous to 11/29/24
upon the very sheet of this
Claim ↑ I ask that those (exhibits)
Bamuels also also attached to
my claim is supporting documents.

The Respondent claims the following in there 1st paragraph:
That per village of Queens, policy of Every [illegible],
to be required to undergo a screening process
Before receiving [illegible] regarding Any property
managed by the Respondent, + that the
complaintant never submitted a request
to add anyone to her lease + [illegible] her
Residency, it the above + therefore, did
not receive, appeared for her claughter
to Reside with her.

Complaintant proof
Responses to those
False + Allegations
By the Res. →



87 of 125

30 of

Complainant's Responses: Hand B Emailed, on this

Exhibits

Hand B Won't, the Entered set to

prevails to weigh → Plaintiff's to today, to support
+ weigh → this Resp to Let Judge In-
13/13/Y → formation + is to Substitute +
that the Resp Civil/Fully
Discrimination against my child
+ have disabilities due to
the severity of have conditions:

+ was therefore from day 1
of my apt Inquiry Regarded by
Ron. the rejection was verbally.
After asking of me?, my child's
disabilities - upon Informing Mr.
Ron that it would be of my
child living in the apt? I
was asked of - how many want
Be in the unit?. Which I
Responded, it would be of me +
child,

I was asked
of my childs disabilities →



(N) 36 of

→ To Mr. Ron

This moment, I told her disabilities, I was told
by Mr. Ron of her disabilities, I was told
for my Child to for my Child to be to severe
with me; His exact words were; Based on
the severity of your daughters conditions, he did not
think it would be a good idea. But he was to get
back in touch with him — I am on the current
footage getting back in touch, by not bringing my
Child to KG-inquires And was Ignored, he switched
where entire conversation which is what led me to
submit on my approval — + present to be Ignored + overlooked —
for a better response + behave than of Discrimination;
I asked several + present to be Ignored + overlooked —
by both Kirk + Village General.

↑

29
Pgs. 25 - 30 (R) + picks broke upon
which tells in detail                    Pgs 31-34
of this Theam beginning
at bottom of Pg. 25 + of the
My evidence supports this Resp.
Heewlist + coils behaves
of Bringing my Special needs child of
Theams — Album & No opportunity to
Go through whos application phases it Not
point in
time.

** Mentioning this Theam again, here on Pages 30 to 34 ⇐

My childs'
time lines

(N) 32 OF

Is to List the <u>Discriminatory Behaviors</u> of <u>Timelines</u>:

} The Dates Are Made }
    evident in my Email
    Exhibits & does
    support Dis —
    Criminatical, the
  Civil rights of
  my child to be
      Violated based upon
        her Disability Right work
        + based on Both
        Disability, Retaliation,
        + Harassment
        By Village
        Green.

Shows
my child
to Not be
Allowed the
Application
process + all
my requests
to Add my
Child to be
Ignored +
Verbally
Refused.

<u>My childs'</u>
<u>Timelines</u> Are As follows

(1) Mr. Ron, On April 2013, I requested
to Add my child to the Application After
Being Asked Whom would be residing
in the unit + After Asking of my
Childs Conditions; with a reply
that I was not prepared to hear. My
Child was <u>Not Approved</u> to even Apply. My child
was treated Differently than Others As I was to well,



(N) 3 2 of

· Was I victim of discrimination by Booth mgmt Companies,
WhenEFever I mention of such behavior is visible to see.

2. Ambs Owens Ignored my verbal Request/Inquiry by
phone when she talked me to Reow my Appeal of
E Approval of
Applicaticn
by phone.

3. On 5/26/23,
Mr Brooks Ignored my Request, Never
Responded, yet responds to other his later
Inquiries + Hents as my Responds to utilities,
costs switching pertaining to this unit, etc.
(E) Brooks Res

4. On July 2, 2023, Kirk + Brooks
Ignored my Request, again In behalf of
Attend to my child to my Lease.

5. On 2/1/24, Crites Chuntsville page (2)
Property mgr, from Village Green,
Ignored my Request / my Email,
of Reddin to my child + Recvd No
Response by her Follow Let-xlong
whose other out of state Tenanry
staff by phone + Email 2 Brook + Amy : dal.

**#** My Email Evidences Supports 110% Discriminatory Actions
purposely.

#my
#recomm
timeline

As pages 14-25 supports : <u>felicia Lipscomb's</u>
Regd <u>Proof of Burden is well, On, timelines where she/I</u>
<u>Reasonable Accommodation, was never approved</u> (of friendly)
was never properly accommodated, was initially
Ignored + denied for close to 2 mos then the designation was
Improperly added, yet with 2 spots being denied, along
with my multiple requests of proper markings
Being permanent denied { EMAIL Evidence, photos, }
purposeful Lingering of my reg. for a handicap
parking designation to cause me purposeful pain/agony/
was the intent yet madness if they
were concerned + trying to help meanwhile
Rejected all that would have aided in meeting the needs of
my disabilities : The Discrim./harassing/retaliatory
                    Behaviors began 12/24/23 + not that of
                    2/7/24 as the Resp. Claims + per my
                    Evidence is submitted before 11/29/24,
                    On 12/12/24, 12/13/24, + now the
                    Breakdown of this timelines in this here
                    Rebuttal Submittance is this Ending
                    Date was thru 6/18/24 ; Whereotens
                    the Respondent never Connected to Ensure
                    proper markings for I or Anyone else
                    with a legit placard to park. ← This
                    Rebelliousness to further Discriminate +not
Allow 2 spots as a means of ensuring clean park
causes me the pain + infliction that they succeeded on.
**** My Evidence supports <u>NO ADirent spot was</u> →



92 of 125

My eviction timelines below

Maybe if this was the basic, 2 spots to be cleaning up areas usually removed cracked. In relation to this, my email evidence supports Lee Chrysto John. She was going to sell / selling me that 1 spot, she shots it has email that the 1 spot was cracked for me + that she was not marking my apartments, so this was the decision of the property mgr or representatives of my property is whether the measurements issue on the 1 spot, people problem on the 1 spot - I not having a handicap spot to park, the spot to not have proper markings, yet Never Direct Did the property mgr approve An additional spot nor did she move the spot to an old Handi spot? The pics supports this, the email [?] As I mentioned above supports this of her email strikes to the 1 spot only with no other my reasoning anything at all → a live proper The Respondent + Material Jasmine + Thank God for my emails of evidence.

* Also per my email, if I was asked to choose a spot, I chose it which only 1 was designated.

Now, my eviction timelines are listed below:

1. My timelines supports as well of it whether to quit to be evicted to me, I [?] what I [?] after I [?] based on my email claims attachment of a judgement my timeline just

Terry Jones +
Vicki Ts mon eviction





(B) Pg. 36 of

the Respondent:

② ~ I Reported the Resp. Behavior to OCR, & the 50th District;

- Attending the Trundle Judgement Outcome (2x)

- I filed complaint with the Southfield police dept;

- I filed complaint with HUD - 96/24

- I filed Complaint with the DOJ; Resp. has an approx 4/2/24 archives & Content; for Harassing me, for Retaliating.

Timeline:
Trudeman Eviction & Retaliation
4/14/2022 at

1. Notice to quit was dated 4/24/24 Sent on 3/21/24 & the Resp. filings's an & well;

2. Civil Rights filings was 4-22-24

3. My small Claims judgment was filed against The Town Residences 4/18/2023 ;

4. → The Resp. was Ordered to pay the full [Jan/Feb 2024 & Rent by the Judge;] refusing to slam them way out of paying, !!! Copy of Checks for 2, 4/24 & 135, "0" payments to Check along with the Counts Judgement Order.

5. This Civil Rights violations, Discrimination, Harassment, retaliation, the threats, refused to accommodate, to properly →



94 OF 125



accommodations refused to properly/timely the hardship
I spot created according to that requirements set forth,
Denial of my spec needs child & right to freedom,
my right to not be encroachments on but who withholds
were included & was part of rental pymts I discovered
& withdrew I was not to pay for 1 yr & state 1 yr. only
telephone services to be responsible for, I'm human
treatment of two Hot water, No Heat / that secondary
of my apt which violated my
right to privacy as also my right
for an ongoing that was violated.

: My Exhibits supports
That Respondent it's
Responsible for Dot-
my childs civil rights
is violates than foremented
when I Discovered my
Rights as listed on the
top pg. of 35 seeking
Resolution, seeking
Justice on all levels
In which of my
childs rights was
Depicts as is
Withholding the
keep having a pro-
per knowledge of
after is and with
them in time to
Protect her unieno,
Not No Remonse,
is The respondents
Response/position



95 of 125

Statement Remarks → No Remorse, Lies, Excuses, @
M/drop - Insane, Apposition, Accusations to

Cover their wrong Behaving their Lies
And Truths to Justify/downplay the extent of
their violent Actions/Behaviors - seeing
the community as unfair/abording
Whereas, I was never assumed
if Others outside of my protected
class As well as my child to be
treated Mass forseeable than I As
these And those assumption of that
thinking + mindset of the Respondent,
As A camp whom whom Both has
Reveled to Be Judgemental, Cruel,
Lacking the Inability to honor A
Care + love for people esp One's
work Disability. Although, harmed
In ways continuously that grants
harmed → Electro/vions humane
Strangeous thinking/premeditated
+ cruel yet closed A Professional
demeanor at All times As my whole
Remedies + Emails Supports + honor
Not Ones Assumed About Others, such
As my neighbors is to the treatment they
Recvd Because I never Ask those Ability
to mind my Business + wrong About 2
+ my family, yet pray for others →



96 oF 125



(B) 38 oF 39 oF

that no one else meme that demme treatment of + my
child to have read that from exceeding Due upply a what al
of discrimination (s) against that with disabilities As
*evident when I + my child ban G chambles + prohedes
the min's which caus, that causes Leash "upon us
Push. At is my pushme Belief, that Book Rook
+ Village Cream Passed on No Connection (resch turning
Even After ERmming multiple times of my Desire Request
for the process of my child to live with me/ to be
stated to my Loss + persistently ignoros my belief
Is that Both Complines ines something against these
* with disabilities (My evidences Proves its not just one
person to violate of + my Birong teem i their company,
But that Both Companies + multiple person has Done
so is my initial stop onto the purchaser Fire + took
Ingining, my child was violated Instantly After
I was asked + interviewed of her Health conditions
which was actually none of Rons Business . * My
further exhibit supplects that even after I relead
to complint + medical form illum G my medical records
to be released, I found these PRooFs of my Disability
which Callee Ministric continued her Harassing, retaliating
Discriminiay Behavious Against me which should
Willful Acts of will Awains of her
Harmless Actions !!!



97 oF 125

40 oF

to oF Both

On Respondents' posthumous statement, 1st paragraph,
the Resp. mentioned of policy upon Every indiv-
idual as far as screening, well: A. my child was
Barred from the screening Process
+ was not allowed this opportunity. HSR
Right to a screening as my Exhibits
demonstrate - she/Lewis
even got stranded. My
child was denied the
could not Father - verbally by
Me/Ron. My child denied
+ my inquiry was Ignored -
Regarding to complete in spite
a third persons, & I + my child
to a Peak even if being
Approved, my child continuing
to be Ignored for housing
from/by Rohl mgmt+s
well as by Village Greenmgmt-
& both companies deny my

Oral about
+ the Residence
"it Allowed
Opportunity to
Was not
AD Heard to"

Michele
AD Heard
was not
Ignored



98 of 125

41 of

Request, I Governing have as if she was A "nobody." My Baby's Right to Having + to Live with me without being discriminated against, Cuz but Being Judged or Looked down upon was Denied Because I got sheshed.

＊ Both Companies, per my Exhibits did not Adhere to there very Own policy which Addresses of what their laws spells Out When it comes to treating people with disabilities no different than of persons with no disability.

The Respondent is proven per my Exhibits As A Failure, She was not Approved because She was barred from the Process, She was Ignored upon every Email submitted + Both Companies + planned to be Rejected; yet the Resp Agencies + State it was because of Never Requests or perhaps submitted A Request. They Are A poor excuse of A company to literally Lie on A child on A Baby with spec needs+ Serious Hith conditions - I am in disbelief even After being off the premises, of All the pain + Hurt I've Gone through





99 OF 125

These Folks are not Normal, 42 of
So - I have 1 simple Question, Why are not Human
Respondent Sleep at night Knowing the Harm you've
Caused us, not Knowing IF God Should Call You
Home, Not Having an Opportunity as the Bible Last
to ask you Forgiveness of the Humble + wrongful
becks You've Portrayed Allowing the sun to go down
on Your wrath by God; Penalty by the OCR is NO
Where near of what God has In store for over L—
deres !!

The Respondent goes On to List/Say in there
postrebuttal statement, that I never submitted
a request to add anyone to my Lease during
my residency as I've covered this as being ← Is
goes here in my Rebuttal, On pgs,       Covered By exhibits
↓                                        of Emails
25-33
+ pics
Backup
on pgs 39-41

Yet, I want to
Add that when a Tenant
Requests of a Landlords     as I
there desire to add An      Requested
Individual to their Lease,  Him Multiple
that Requests begins        Several times
With a Question - An
Inquiry which is a Submittance
As a Requests can be verbal or → over



1/3 of

In written Form. I submittances is by Email, fax, mail, phone, by Social media even; I covered by phone/verbally + by Email. Not One of my Requests Where Attempts at the Respondent Fails to Acknowledges + inform Dear Amongst Other behaviors they portrayeds.

My Exhibits show my Requests for my Child to be submitted 3 different ways to 3 different persons of Rook & Village Green.

My Email evidences show I was continually denied proper Accommodation, was initially denied proper Accommodation, + Even Thwarte cleared & completely denieds, + even Thwarte it still violated by to Allow the I designation Thats Exist is Home Right to A prepur Accommodation Thats Exist is Home Ceases Any pain/Conflicts on Any Conditions, I + Conditions, Demands by @ distress, afflicted, should ?

the Respondent Never Moves the Spot designated way stable multiple to Another Spot of so-called Adjacently As Written 2023 this is Evident in my Photos; my Emails

Where in I Particular Email I Requests An Additional Spot to be designated mutually →



↑ not 1 spot only to avoid the issues occurring at that time of others pretending what I planned as this was the respon intent & successfully accomplished this issues telling me to call, go to the police station knowing nothing they could do as they explained & even states she matter needs to be addressed by the Landlords whom controls their private property.

of not complying with this reasonable req. Also because if this was not so she would have initially granted it & that refused it as in the email she did so

This Respondent claims that they (PG) they met all requirements I'd recommended (me), this is a habitual false allegation as reading my Rebuttal here, reviewing my timelines, as reading each timeline email, along with I in reviewing specific when the prop mgr Ms. Christo claimed an additional spot which would have aided in the contact of my medical conditions, she refused to what they claimed they would have done if I requested certain things. Well, my emails supports requests that ALL were denied →

4/5 oF

As my EMAILs supports. The prop. mgr was so
harassing + retaliating that instead of her assessing
the matter of Oversight on my rental rights Justly
She bluntly FELT in Outcome of telling me to abandon my
lease/ getting a sublease as in Option - an Option
that Could ruin my excellent credit history; the

Respondent Based on the severity of this case And
All they did to ruin & of my childs' Lives Strikes
me as to How possibly Been is well Discriminatating
possibly Due to this Color or/also Our skin. As I
Know Race is not a Facka in all wrong-doing, Yet,
this I feel evils have Been an unknowing Factor as well

Due for the Gain / Not Ramains Justness / Has Sameness
Cruelness to Hurt & Harm of & my Child - Being treated
As Animals As IF we were nothing. Such Inhuman
Behaviors that has Left in overlasting-& Memory on how
Cruel + evil was was uncaring, deeming from filing
Complaints + exercising Due Rights, Due right to Live-
Enjoyably in the unit + without being deprived of our
Civil rights As needed Was were As Cleaning-& Fair
attention to All my submittes en Duce & not So Cares
En some by word of mouth she perhaps "Hear say"
which is what the Resp. Has I declares my Burden of



103 of 125

Proofs mas mot.          4/0 of

✓ I shall now proceed, to support, that I had Overpayments for I on my Rental pymts which Included $75.00 fees of which I had assumed, Breakdown Amy Owed + Breakdown Actr, Lease & consultants whom assisted, use by Phone with my "Application, Approval @ THE Busat move-in, Issues with the unit as it was not move-in ready, fees to pay with the rent, etc, As Made evident in my Email Evidence(s) the 2 consultants whom was not in office Onsite But handled my execute/Lease by phone.

After, doing my true, having + discussion with the lead Regards to Pricing, Questions asked as to whom/how many will reside in the Unit, to me informing my Special needs Daughter, to being asked my childs condition, + her peing Refused Jewndry due to the severe of her Birth Conditions; After I applied + was approved, Receiving a call from Amy Owed as my email, Exhibit supports of these Informing of my approval + trust steps + what Amy Informed of my Monthly costs would Be, was different than of what M/c Ron stated my costs would Be. +



104 oF 125

Mr. Ron insisted about this unit, of my choice, not being rentable. He further shows my rental amt would be $895.00 which included water, trash, sewers, trash removal, + pest control. All lights + no gas at all as the bldg was not setup for any utilities pertaining to electric, sewers + gas. Sewers to the bldg was once (which + is the reason).

W/out plumbing. Yet the unit. Yet showed me the unit + it was ready to be rented

Exh B

Upon approval: Ms. Amy contacted me and informed my monthly costs "differently" from Mr. Ron. Amy shows your rent will be $895.00, no electric or gas for the +water + the electric only, May rent is $905 as June is as well when I begin to pay my rental pymts - yet my lease was showing rent due for $951,123. I was told to pay pymts, it was told I had to pay every month 1400 Rental + those + when I received my own insurance to contact leasing office, $715.00 for Bldg maint fees would be received. So She told me that was not certain. My lease did not reflect what Amy was or reflect what Ron informed. What Ron informed + I emailed about you →



105 of 125

(11) Further further Assistance, No response Received.
I then communicated with a M/s. Brooke photo/whom
sent me my Lease + chargers my Costs for me.

For my (small) Exhibits of communication with M/s.
Brooke photo whom Disagrees.
What I do not pay either
nor gas services for + ye. At
the end of my Lease, I would
only be responsible for either
As the Bldg was to be a hotel
+ is not equipped for Gas
services.

Also, per M/s. Brooke photo
my Lease planted incorrectly
yet she would provide a
written notice for my records
pertaining to the utility
arrangement.

Exhibits
Attached

By proof,

Exhibit 11
Attached
of the correspondence with
the Utility Company

48 of 50

* Toward the end of 2023, I
learn a notice of village (Green
taking over above + a notice
regarding to the "Change" in
utilities to take effect 2/1/24 in
costs

And na concerned as to why I
was sent the notices, as I tenant
to not pay either non gas services →



49 of 50 pgs. = 51 pgs. Plus 1 more = 52 pm

Re: my lease. So, I called the number on the notice + voiced this concern. A person named Isabelle (Belle) answered. She placed + upon explaining this matter of concern to her to the Leasing Consultant, she stated: No one should be paying 15% Atty ment Fees at the above. Because we are not a tender buyer not-complex that's for condo the only fees you should be paying to Your Landlord-lents/Townhomes/ no weekly no lights or gas, you pay past-combined/+ it appears the 15% you have been paying @ mo L-pscimb is for utilities which I am not understanding why when you're looking at your lease + it lists — fees for 1 yr on both & at once

1 yr. You will be responsible for gas services, the complex was + pales at once the bldg is not equipped for gas services, which has been over charged + hidden a time. I know then, that I had been over charged for several mos to remove these Rental-Lease due to the having my own for several man-hands the company's Restaurant + running my own property man. (Caloe to remove those Rental-Lease due to the having my property much shut me months. She intends of me to trash the new property much shut me Chester whom was such + her-her-indiv't peddle/ which Lives a previous Down throwing up in my face. I knowing exactly whom Lives able to tenant of the T-residences which 2 classified -not being able to loss in the unit-chat for being rental, a inhabitable unit; Chester checked me + made it clear that it was just rent and rates whom owed me Nothing at the Tenn residences, Alone, this not overcharged me + if not-subletts with my Lease terms. I could abandon my lease or perhaps obtain A sublease she reached less of my concerns that nothing to resolve which when Led into more serious violations by Chester

② See Evidences/thefts & to support this overnight-the ]
by Both RICK + Villago (Greon) for 1 yr
**# My evidence supports the 15 yrs **I've** written. Files are not like **
** reservations for my new life- Billings that pay Bills toward the **
** # When I applicants to this slow. screen **
**# When I obtained things were left @ not **
I was obtained things + that they were
Organized + through A hiring & thumb trying
@ Bringing about new peoples at the site -that claim that
for family. about new peoples at the site - whose shops were
women minities



Punished By Being Sleepless Of Living Newcomers Out of Retaliation & Harrasment

107 of 125

pg. 50 oF (50 A) Plus the 2 pg complaint

↓

The Rebuttal = 50 pgs

= A Submittance OF

52 pgs in all.

As per, the Respondents' 3rd Paragraph On pg. 1 of 2, I Refused & was not present to allow maintenance entry

Without me being Home & that is A Result the Maint. Concerns clue to my failures to comply with the Agreed upon maint. Schedule. Again, as The Resp. has failed to tell truths on Both pgs of their position statement as I've proven thus far, their inability to take accountability, that behavior is like used Here upon this Harm brought unto me to crush & inhumane Out of Retaliation & Harassment w/ the Resp Shown as having Motive/Reason & Intent premeditated behaviors & willfully knowing what they were Being to create pain & Affect is suffering — really chel su.

Exhibit 1 → supports, I basicento over to the Recurring  Leasing office having no problem with maint to enter to Do the work, is arrangements were made with Dates & times agreed For A day I would Be home which tenants has a right to allow entry wether not home or a request to be Home when Repairs Are Being Done → this is the right of the tenant. There was no issue Here is the Resp makes purpose full By Ms. Christe; No Mamm & I have proof.

(2.) As Life Does Happen, When Youre working 3 jobs, A student of Higher Education working on her 3rd Degree Employed in Both the Nursing & Education With also being a living & volunteering mem ——→

108 of 125

Having a + baby with severe medical conditions as I having disabilities of my own + let my Child back + forth from the Doctors office + maintaining exact hours, etc I missed my appts. I spoke of them but that child complained why I missed my appts its there were reschedules dates that were not sought through - being I was threatened by the property mgr of Doc (Carlos Chnuats).
Banning her [EXHIBIT] teint into my apt + when I asked why Lewis she closed + dong she shitoff I had as I forget - no regret to question here she leans + most + remember has wnt ← [Mnt1 exhibit] for suspects this threat as well as I Gmails transprnt I never knew a Problem when I moved my apt getting my sickness Due.

Together
a] began to feel threatened, wasted + threatened by the property mgr + chat it allow her white team in my apt, explaining that it only takes 1 + 2 meant med not them, here, + 15 others. ←

I informed + so belows out of finishing punishment for Filing complaints against the company that my shot a broke + heart was turned off to Afflict more pain + suffering added to what Gmails hurts already causes + let my child. Gmais his threats, + acts that Clearly distributed even med with electric pain + suffering & w child not bursnt— service for 2 days caused me & w sire.
Therefore, I request Both Companys for these Voluntary for by hold account huts to the maximum Shutting Limits Allowed as my burden of proofs are not.

wd
SJ11
12/31/21
[signature]
Sincerely,
W.B.

*"Requesting an Update" to this Complaint as my evidence will support [rights]*

pg 1 of 1    109 of 125

MDCR Case#: 645068
Felicia Lipscomb v Village Green Management/The Alcove Southfield

*initials: WYb — letters A, B, C. For example + I will now cover evidence to support the respondents have shown false allegations in their [?]*

Authority: Acts 453 and 220, P.A. of 1976, as amended
Completion: Required
Penalty: Allegations of unlawful discrimination cannot be investigated without a sworn complaint

STATE OF MICHIGAN
DEPARTMENT OF CIVIL RIGHTS
**COMPLAINT**

MDCR # 645068
FED #

CLAIMANT
Felicia Lipscomb

RESPONDENT
Village Green Management/The Alcove Southfield

ADDRESS
P O Box 441801
Detroit, MI 48244

ADDRESS
28411 Northwestern Highway
Suite 400
Southfield, MI 48034

TELEPHONE
734-757-7147

TELEPHONE
248-851-9600

Area of Discrimination: Housing

Date of Discrimination: June 26, 2024

*I know the respondents filed [?] held the evidence I've already submitted [claims] [?]*

Statement of Alleged Discrimination:

I am a person with a disability and allege that I am being evicted, denied a reasonable accommodation and being subjected to other terms and conditions due to my disability.

I currently rent a unit in the respondent's complex located at 26796 Central Park Blvd. Southfield, MI 48076.

**Eviction 6/26/2024 Disability, Retaliation**

On or around April 26, 2024 I was issued an eviction notice from the respondent and not allowed to renew my lease. This occurred after I made a request for a reasonable accommodation. I have made on time payments and have not violated my lease. However, the respondent refuses to communicate with me professionally and fairly. Therefore, I believe my disability is a factor in the respondent's decision to evict me.

*I also believe the [reason] for this eviction is due to [A] retaliation or pursuit of a small claims action against the [landlord]*

**Failure to accom. disability 2/7/2024 Disability** —A—

On or around February 07, 2024 I requested an accommodation for an accessible parking space. Initially, my request was denied, however, the respondent eventually designated an accessible space. Regrettably, I have noted several issues with the designated space that the respondent has refused to address. The space is not in close proximity to my residence, lacks proper markings, and does not meet the required measurements.

*Although their existed responses by the Respondent [whereby] the [residence] I even [involved] the City, the [police], other than the [owners]/[landlord] [?] they did not comply with my [accommodation] request within reasonable time frame. [NOR] did the respondent respond [?] for the issues affecting my [?] due to the [unit being uninhabitable]—C—*

**Other terms & conditions 2/6/2024 Disability** —B—

*[B] I also believe the eviction was out of retaliation due to due to the timing & civil rights on the courts*

On or around February 01, 2024 and as early as June 2020, I requested to add my disabled adult daughter to my lease. The respondent refused, citing the severity of her disabilities as the reason. Furthermore, from May 2023 to May 2024, the respondent has consistently overcharged me for utilities. Additionally, the respondent has neglected to address critical maintenance issues, leaving my unit without heat or hot water and rendering my home uninhabitable. I believe residents outside of my protected class are treated more favorably.

*Although my case in small claims [addresses] overpayment for [rent]. [Which] involves my utilities, as my case does not pertain to choosing [?] such nor a suit for retaliation harm, to avoid hindering involving the [?] [eviction] happens after the [?]*

to avoid No Conflict in this Civil Rights case
Which Holds more Harm than of Over print on violence/control

Pg - 2 of 2
plus 49 points pgs of Rebuttal = 51 total pgs.

On Dec 3, 2014 I will not be in attendance of the Hearing
+ will file a Case dismissal On the Grounds of
pursuing a Civil Rights Case Based On the Facts
that Severe Harm unto I + my Spec needs
Daughter Is addressed In this case + is of
Nine Importance that this case will Resolve
Not Only the Laws broken
But will aid in the utilities Being
addressed as well.

By punishing the respondent

110 of 125

Actually,
Not Shown@ to Court On 12/3/24, will automatically Dis-miss the Case.

* I am moving forward
with my Civil Rights
Case action against the
Respondent Without Delay

And

my Evidence, Rebuttal,
+ Case action against
the two Residences in 36th
District will All be submitted
to 11/29/24 by 11:59 pm.

Sincerly,
A.S.

11/29/24
+
Resubmitted
on
12/14/24.



A Divider

111 oF 125

9:16

*(handwritten, left margin:)* During this time, I was also not feeling well in my body + was undergoing refusal to this matter, Awaiting on the disposition report that I never Received by Email nor Mail; I feel purposely Ignored due to Knowing my case here was being fully decided upon Out of Retaliation of my filings to Lansing on their wrong decision

*(handwritten, left of email:)* * I kep. All documents to the case Outcome initial start of the case, by Email.

I was Ignored + Clarke she mailed it Claims she never Received it As I finally about due to 2 mos I Recv the — *(bottom handwritten fragments)* findings Rep map me LATE...

# From Felicia Lipscomb  Inbox ★

*(handwritten over header:)* THE CASE WAS decided around this time ☺ this is the date I recv the call YouR Honor

F   me  Sep 12, 2025
to Erika, me ^

*(handwritten right margin:)* I was denied A copy of my full Documents to the Denial/Appeal of my case. family just recv the findings Rep. Almost 2 mos. After which delayed my timely Appeal filings.

| From | Felicia Lipscomb   lipscombf8@gmail.com |
|------|------------------------------------------|
| To | Clark, Erika (MDCR)   clarke16@michigan.gov |
|  | Felicia Lipscomb   lipscombf8@gmail.com |
| Date | Sep 12, 2025 at 6:24 PM |

Good Evening:

*(handwritten insert:)* his age inbehalf of my ill child's I.E.P + Harsh treatmt by her school.

**Attn to both MS CLARK AND HER SUPERVISOR**

Email 1 of 1: Findings Report is refused by the case worker ERICKA CLARK worker stated she rather verbalize the findings to me by phone which is inappropriate and unprofessional and further supports an unjust decision made ; second to her having all evidence to support the horrible harm no way an unjust decision was possible if the decision was made by an honest individual whom posed no conflict of interest or perhaps personally knows both defendants!

Re: PLAINTIFF OF CASE DENIED THE FINDINGS REPORT TO HER CASE THAT WAS UNJUSTLY

← Reply      → Forward      ☺



9:16

113 of 125

perhaps personally knows both defendants!

Re: PLAINTIFF OF CASE DENIED THE FINDINGS REPORT TO HER CASE THAT WAS UNJUSTLY DECIDED UPON, plaintiff seeks relief

1. BOTH DEFENDANTS ,
2. Both the case worker and her supervisor in court of appeals  ( following case action against both civil rights workers whom has a duty to ensure persons whom has been harmed are relieved of the harm they've horribly endured )for office of Recip rights to support their REASON FOR SUCH WRONGFUL DENIAL OF MY CASE .

Re: SECOND REQUEST FOR A COPY OF THE WRONGFUL FINDINGS BY YOU AND YOUR SUPERVISOR PER YIUR PHONE CSLL THIS EVENING OF THE DENIAL OF MY CLAIM ON CASE NUMBER 645065 OF SLL THE HURTFUL AND STRESSFUL HARM THE DEFENDANTS CAUSED UPON I SND MY DSUGHTER WITH MORE THSN ENOUGH EVIDENCE TO SUPPORT OUR RIGHTS TO BE STRIPPED OF US WITHOUT SHAME OR REMORSE!!!!!!

You both have failed to honor the law to uphold what is rightful and just, how do you sleep at night?

The first Reg. WAS by phone, or on 9-12-26 or 9/10/25 9/11/25 turn? denied again + again

The

the call on 9/12/25 I asked multiple times literally begging for my docs I wanted + never recv the disp...

↩ Reply          ➔ Forward          ☺

SHAME OR REMORSE!!!!!!

You both have failed to honor the law to uphold what is rightful and just, how do you sleep at night?

I, Felicia Lipscomb, as claimant on case number 645068, I received a phone call from you this afternoon in regards to wanting to provide me with " findings" on my case.

Based upon your statement of wanting to provide me with findings rather than informing that my evidence/ exhibits provided more than enough to support the harm brought into both I and my daughter whom was a minor at the time ( having photos, emails, audio recordings, text messages of each and every harm the defendants purposely and without remorse causing I and my child more than emotional stress but stripping me of my right in many ways that has lasting effect ) I asked if you were stating my claim to be denied?

You responded no probable cause !

I responded with all the evidence I provided that supported the harm by both corporations you are telling me you found no probable cause as you say?  I then proceeded to reQUEST A COPY

↩ Reply          ↪ Forward          ☺

are telling me you found no probable cause as you say? I then proceeded to reQUEST A COPY OF THE FINDINGS SO THAT I CAN EXERCISE MY RIGHT TO APPEAL THE WRONGFUL DECISION BY YOU MS ERICKA WHOM FROM DAY DISPUTED ME AND MY RIGHT TO EVEN FILE MY CLAIM GAVE ME SUCH A HARD TIME TALKED OVER ME AND CONTRADICTED EVERYTHING I INFORMED OF ENDURING BY THE DEFENDANTS AS IF YOU KNEW THE DEFENDANTS PERSONALLY!

Well, in requesting what I have a right to in order to proceed within the allowed statue time frame not only an appeal but also bring a suit against you personally for failure to ensure my case by law is treated fairly and that EVIDENCE THAT SUPPORTS ILLEGAL BEHAVIORS AND THAT VIOLATED I AND MY CHILDS RIGHTS THAT JUSTICE IS SERVED;

Now, you further fail to provide me with a copy of the findings stating it's not going to happen in 24/48 hours as it appears it's going to happen when you feel like it should happen as you failed to provide me with a date this is considered REFUSAL OF MY RIGHT TO A LEGAL DOCUMENT THAT IS NEEDED TO ACCOMMODATE MY CLAIM.

Then, you refuse as per my permission to email the findings to me after refusal of even

↩ Reply          ➔ Forward          ☺



9:16

ACCOMMODATE MY CLAIM.

Then, you refuse as per my permission to email the findings to me after refusal of even providing a date as to when I can expect the document.

You are aware of the statue, you are aware of my right to the document, you are aware this document is needed for my appeal process in this wrongful matter,

You are refusing due to knowing ALL EVIDENCE SUPPORTED THE HARM IN WHICH I AND MY CHILD ENDURED AND FOR THAT I WILL BE INCLUDING YOUR ACTIONS AS WELL AS YOUR SUPERVISORS ONTO MY RIGHT TO BRING A SUIT AGAINST YOU BOTH FOR FAILURE TO COMPLY WITH POLICY PROCEDURES RULES AND REGULATIONS OF YOUR DEPT.

I ask again of both you Ms Erica and your supervisor for a copy of the findings and that I am able to receive the copy no later than Tuesday of next week 9/16/25 by the close of business hours- you are able to tell me that my claim is denied than then you should be able to provide me with a full generated reason for the denial which you I am sure do not have because MY EVIDENCE SHOWS DIFFERENTLY AND YOU KNOW IT!

↩ Reply          ➡ Forward          ☺

denial which you I am sure do not have because MY EVIDENCE SHOWS DIFFERENTLY AND YOU KNOW IT!

Based on false information by you, calling me with a sabotaged made up false statements if the findings document is not received in my email by Tuesday of next week I will be filing a motion requesting the findings letter is waived on my end but that you and your supervisor is subpoenaed to surrender to the courts the findings,

AND NO VERBALIZING PIECES AND BITS OF A FINDINGS IS NOT ACCEPTABLE NOR PROFESSIONAL I HAVE A RIGHT TO THE FINDINGS IN PAPER FORM WHICH DONT EXIST I AM SURE DUE TO MY CASE BEING SABOTAGED BEFORE IT EVEN BEGAN IN YOUR OFFICE MY PHONE CALL WITH YOU ON DSY ONE SUPPORTS THAT!

There are laws in place that ensures persons whom has been harmed by anyone at all, it ensures they pay for the harm they have caused that has horribly impacted their lives in such a negative way as their are laws that are in place for those whom cover and protect the guilty – those whom has harmed individuals; I seek justice on the defendants as well as you Ms Erika and your supervisor whom had thee ability to ensure they pay for what they've done to I

**↩ Reply**          **→ Forward**          ☺

Erika and your supervisor whom had thee ability to ensure they pay for what they've done to I and my baby and you failed ( no different from a mothers' failure of protecting her babies from people whom are no good in the world and allowing harm to bestow her vulnerable children whom can not defend themselves against grown adults ).

Also, from the sound of your voice I do believe I know you Ms clark from somewhere which could also be the reason my case was wrongful handled -  I will be req of thee honorable courts that you are crossed examined of approx three places where I believe you and I could possibly encountered and if this be a fact there was a conflict of interest involved!

Please know:

1. I am requesting a copy of the findings by e-mail as you can consider my email here as my FOYA

2. I am requesting a copy no later than Tuesday of next week 9/16/25 please.

3. I am also seeking my appeal notice by email on 9/16/25.

4. I am also requesting in my FOYA here a full blown copy of my case file to be mailed to me:

↩ Reply        ↪ Forward        ☺

9:18                                    ..ll 5G◌ ▭

*119 of 125*

F  **me**  Sep 15, 2025
   to Erika, me ⌄

**Good Morning:**

*Third Request after Being still Refused all my documents*

RE: final request of the findings report, full case file a copy please, and the notice of my right to appeal all which you have refused of me .

Ms. Clarke, from day one of your contacting me regards to your assignment over my case, you made it perfectly clear through your choice of language that my case was an open/ shut case.

Your choice of language indicated that whether I had evidence or not to support my case, it would be an open / shut case.

You questioned me in a manner that was indeed unprofessional, biased, and very much so as if the harm caused unto was false and you stressed the word ALLEGATIONS MULTIPLE TIMES which I in turn continued to inform that evidence is what supports a case not hearsay as the defendants would be bringing to the case YOU DISCOVERED AS THIS BEING TRUE AND BASED ON WHAT YOU SUBMITTED TO ME IN THEIR RESPONSES SHOWED HEARSAY NO EVIDENCE TO BACK UP THEIR FALSE ALLEGATIONS!

↩ Reply          → Forward          ☺

9:18   ·Il 5G⁰

120 ºF 125

my full file of paper documents that you printed from my mails for the case please.

And a notice of my appeal option which you have also refused.

Sincerely,

Ms. Lipscomb

•••

me   Sep 15, 2025
to Erika, me ⌄

ATTN TO :  MS CLARK,  MS CLARKS SUPERVISOR, AND THEE RECIP RIGHTS DIRECTOR/ MGR

The behaviors are not in accordance of the law, my case is wrongful decided and now I'm refused documentation of the findings report, etc in prevention of meeting my deadline to file my appeal.

•••

me   Sep 15, 2025
to Erika, me ⌄

You have refused of me documents that I have a right to to proceed with my appeal and has refused of informing when I can receive them;
THIS IS WHY I AGAIN AM REQUESTING MAMM I

↩ Reply          ↪ Forward          ☺



9:18

refused of informing when I can receive them;
THIS IS WHY I AGAIN AM REQUESTING MAMM I
TO RECEIVE BY EMAIL THE FINDINGS REPORT
and RIGHT TO APPEAL NOTICE IN 48 hours or
perhaps 72 hours from the date of your phone
call to me and the full case file by mail in same
time of the 72 hours.

MS. Lipscomb

•••

F   me   Sep 25, 2025
to Erika, me



Attn To: Ms Clarke as well as to her supervisor
and the director over civil rights


I am writing in request of a letter on letterhead
that supports your findings on my case.

I am requesting the case numbers listed,

Type of case filed by I the plaintiff in behalf of I
and my spec needs child,

The defendants names,

The date in which your alleged findings on my
case filed with your office against the
defendants for the following:  RIGHTS
VIOLATIONS



↩ Reply          ↪ Forward          ☺

⟨   ⤓  🗑  ✉  •••

defendants for the following:  RIGHTS
VIOLATIONS

harassment, retaliation, wrongful eviction due to
my filings and a successful case action out of
36 district court under land lord tenant ( fraud /
scamming ), medical discrimination and failure
to accommodate , housing rights violation into a
minor disabled child, over charges on rent and
utilities, recording and monitoring of my unit
which u failed to accept as part of my
investigation, etc

You have refused of me my right to thee entire
investigation findings report with no round about
date as to when I can exspect it.

Then you refuse to accept my email as FOIA for
me to receive anything at all pertaining to your
alleged findings ,

So now I ask in writing as well that you type on
letter head your findings and how you derived
with such findings having all the evidence to
support all the harm in which the defendants
has horrible inflicted/ caused upon I and my ill
child.

Taken into consideration of the statues timeline
as I also been refused of my right to the appeal
documents from your office I look to receive this
document in 24 hours from today.

↩ Reply        ↪ Forward        ☺

9:19  ·ıll 5G▪ 🔋

‹  🗃  🗑  ✉  •••

document in 24 hours from today.

Ms. Clarke after a careful review a more detailed
digging back several years ago:  I HAVE
DISCOVERED MAMM THAT YOUR HANDLING
OF MY CASE WAS BIASED AND IS VOID!
YOUR BEHAVIORS FROM DAY 1 of our phone
call was suspicious, your name was familiar and
still I never gave it any thought to research until
the wrongful findings by you and your office
staff.

YOU ARE NOT A MODEL OF WHAT HONESTY
AND FAIRNESS IS AS TO WHAT THE JUSTICE
SYSTEM EXPECTS YOU ARE A DISGRACE UNTO
SOCIETY AND LACKS THEE ABILITY TO
REPRESENT AN OFFICE THAT IS DESIGNED TO
ENSURE CIVILIANS RIGHTS ARE PROTECTED!

My evidence to support your decision as
personal, biased, and unlawful will serve as
evidence in court of law before an hon judge
whom will handle this unfair and crooked
decision!

I am seeking not only at this time when my case
is proven a suit against the defendants but you
and your office as well,

That you and your office staff are terminated
from your positions due to thee inability of
ensuring law, rules, procedures to be followed.

↰ Reply          ↱ Forward          ☺

*handwritten: 123 of 125*

ensuring law, rules, procedures to be followed.

I and my child were horrified violated over and over then thrown out of my home without remorse or shame AND MY BABY REFUSED A HOME WITH ME AS Her mom DUE TO HER DISABILITY HAVING PROOF OF THEIR CONSTANT IGNORING MY EMAILS BEGGING OF ME WANTING MY BABY IN THE HOME AND YOU SAW THE EVIDENCE THAT THEY IGNORED ME,

You saw the evidence that they had no reason to evict me and that the eviction came after my successful court hearing in landlord tent ,

You heard by audio I was never a threat to staff was always kind never an issue and paid rent on time,

You have the evidence of their refusal to accommodate my medical conditions with handicap spots,

On each level of harm I supported the evidence and YOU IGNORED IT!!!!

You have found the defendants behaviors insanely just but behold your souls when an hon judge gets ahold to this malicious and cruel

↩ Reply      ➡ Forward      😊

9:19                              ꜰꜰ 5G 🔋

‹          📥  🗑  ✉  •••        *125 of 125*

to evict me and that the eviction came after my
successful court hearing in landlord tent ,

You heard by audio I was never a threat to staff
was always kind never an issue and paid rent on
time,

You have the evidence of their refusal to
accommodate my medical conditions with
handicap spots,

On each level of harm I supported the evidence
and YOU IGNORED IT!!!!

You have found the defendants behaviors
insanely just but behold your souls when an hon
judge gets ahold to this malicious and cruel
behaviors by you all I pray you all we hurt and
cried many of night but god says that joy and
relief is on the way because wrong don't last
always you all are horrible people and I pray also
a conviction is granted .

Sincerely

Ms Lipscomb

I await the letter of findings please!
•••

↩ Reply            ↪ Forward            ☺